FILED

J N NOV X 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BANKS, a minor, by SHONNETTA BANKS, his mother and next friend, Plaintiff, | ) |
| vs. | ) 07CV6179 JUDGE COAR MAG. JUDGE ASHMAN |
| CITY OF CHICAGO, a municipal Corporation, Department of Police and Police officer ALONZO COTHRAN, Star # 2721, Defendants. | ) |

JH

**NOTICE OF FILING**

TO: Richard J. Grossman, Esq.
Steinberg, Burtker & Grossman, Ltd.
55 E. Monroe St., Suite 2920
Chicago, IL 60603

PLEASE TAKE NOTICE that I have filed this day with the Clerk of the above Court a **NOTICE OF REMOVAL**, a copy of which is attached hereto and herewith served upon you.

DATED at Chicago, Illinois this November 1, 2007.

Respectfully submitted,

Matthew R. Hader
Assistant Corporation Counsel

30 N. La Salle St., Suite 1400
Chicago, IL 60602
(312) 742-9586
Atty. No. 06284330

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
J N
NOV X 1 2007
NOV. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JONATHAN BANKS, a minor, by SHONNETTE BANKS, his mother and next friend,

Plaintiff,

v.

CITY OF CHICAGO, a municipal corporation, Department of Police, and Police Officer ALONZO COTHRAN, Star # 2721,

Defendants.

07CV6179
JUDGE COAR
MAG. JUDGE ASHMAN

## NOTICE OF REMOVAL

Defendant Police Officer Alonzo Cothran, by his attorney, Matthew R. Hader, Assistant Corporation Counsel of the City of Chicago, respectfully remove the above entitled action to this Court, pursuant to 28 U.S.C. §1441(a), (b) and (c), §1446, and on the following grounds:

1. Defendants Alonzo Cothran and the City of Chicago were named as defendants in a civil action filed on July 18, 2006, and the Amended Complaint filed October 11, 2007, in the Circuit Court of Cook County of the State of Illinois, case number 06 L 7505, entitled Jonathan Banks, a minor, by Shonnette Banks, his mother and next friend v. City of Chicago, a municipal Corporation, Department of Police, and Police officer Alonzo Cothran, Star #2721. See attached documents filed in the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. Plaintiff alleges that the defendants falsely arrested, conspired to falsely arrest, assaulted, battered and failed to obtain medical attention for the plaintiff in violation of his rights under the fourth

and fourteenth amendment of the United States Constitution and his rights under Illinois law.

3. Defendant, Alonzo Cothran, is entitled to remove this action to this court, pursuant to 28 U.S.C. §§1441 and 1446.

4. It appears from the face of plaintiff's Amended Complaint that this is, in part, a civil rights action which arises under the United States Constitution and involves a federal question. Plaintiff's complaint alleges, among other things, that the defendants violated the rights of the plaintiff as guaranteed by the United States Constitution.

5. Defendant City of Chicago has no objetion to the filing of this motion.

WHEREFORE, defendant Alonzo Cothran respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 06 L 7505, be removed therefrom to this Court.

Respectfully submitted,

Matthew R. Hader
Assistant Corporation Counsel

30 N. La Salle St., Suite 1400
Chicago, IL 60602
(312) 742-9586
Atty. No. 06284330

06 OCT 17 AM 11:36

07 OCT 11 AM 10:22
CIRCUIT COURT OF COOK COUNTY, ILLINOIS LAW DIVISION
CLERK

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06 L 007505 |
| City of Chicago, a municipal corporation, Department of Police, and Police Officer Alonzo Cothran, Star #2721, | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT AT LAW

### COUNT I- Negligence

Now comes the Plaintiff, Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, by and through his attorneys, Steinberg, Burtker & Grossman, Ltd., and for Count I of his Amended Complaint at Law against the Defendants, City of Chicago, a municipal corporation, Department of Police, and Police Officer Alonzo Cothran, Star #2721, alleges and states as follows:

1. That at all times pertinent hereto, Plaintiff Jonathon Banks was a minor, age 14 years, was a citizen and resident of the City of Chicago, residing with his mother, Shonnette Banks at 3423 West Douglas Boulevard, County of Cook, State of Illinois.

2. Defendant City of Chicago is a municipal corporation located in the County of Cook, State of Illinois. It includes the Chicago Police Department, which employs police officers and other personnel including Police Officer Defendant Alonzo Cothran, Star #2721.

3. That on or about June 28, 2006, Plaintiff Jonathon Banks was taken from the area of the front of his residence by several uniformed members of the Chicago Police Department, including Officer Alonzo Cothran, Star #2721. He was placed in a squad car and driven to a nearby alley.

4. That at all times herein Chicago Police Officer Alonzo Cothran, Star #2721 was an employee of the City of Chicago acting as its agent.

5. That while removing Plaintiff from the squad car, Chicago Police Officer Alonzo Cothran, Star #2721 made physical contact with Plaintiff.

6. That the Defendants, and each of them named herein, by and through their agents, servants and employees, committed one or more of the following wrongful acts or omissions:

   a. Made physical contact with the minor Plaintiff;
   b. Failed to properly train, supervise and instruct

Chicago Police Officer Alonzo Cothran, Star #2721 in proper procedures;

c. Failed to care for the safety of the Plaintiff.

7. That as a direct and proximate result of one or more of the above wrongful acts or omissions to act, the minor Plaintiff, Jonathon Banks was caused to be injured.

8. That as a further direct and proximate result of the above and foregoing actions on the part of the Defendants, and each of them, Plaintiff Jonathon Banks suffered injuries, and he was caused to incur medical expenses.

WHEREFORE, Plaintiff prays judgment in his favor and against the Defendants, and each of them, in an amount in excess of the minimal jurisdictional a mount of this Court.

COUNT II - Civil Rights, Title 42, Section 1982 U.S.C.A.

Now comes the Plaintiff, Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, by and through his attorneys, Steinberg, Burtker & Grossman, Ltd., and for Count II of his Amended Complaint at Law against Defendant Chicago Police Officer Alonzo Cothran, Star #2721, alleges and states as follows:

1. This action arises under the Constitution of the United States, Amendment 13, and Title 42, Section 1982 of the United States Code Annotated.

2. That at all times pertinent hereto, Plaintiff Jonathon Banks was a minor, age 14 years, was a citizen and resident of the City of Chicago, residing with his mother, Shonnette Banks at 3423 West Douglas Boulevard, County of Cook, State of Illinois.

3. The City of Chicago is a municipal corporation located in the County of Cook, State of Illinois. It includes the Chicago Police Department, which employs police officers and other personnel including Police Officer Alonzo Cothran, Star #2721.

4. That on or about June 28, 2006, Plaintiff Jonathon Banks was taken from the area of the front of his residence by Chicago Police Officer Alonzo Cothran, Star #2721.

5. That at said time and place, Chicago Police Officer Alonzo Cothran, Star #2721 blindfolded Plaintiff, placed him in the back of a marked City of Chicago, Department of Police "blue and white" marked vehicle. He was taken to an area, upon information and belief, in the alley of 1500 South Sawyer, Chicago, Illinois, at which time Chicago Police Officer Alonzo Cothran, Star #2721 began to strike, beat, kick, and verbally assault said Plaintiff.

6. At the conclusion of the events referenced in number 5 above, Chicago Police Officer Alonzo Cothran, Star #2721 advised the minor Plaintiff to run or he would "shoot him".

7. That as a direct result of the physical force inflicted upon the minor Plaintiff, he sustained injuries internal and external, incurred medical and hospital expenses, suffered great pain and was otherwise permanently injured, all to his damage in a sum in excess of the minimal jurisdictional amount of this Court.

8. That all of the foregoing actions of Chicago Police Officer Alonzo Cothran, Star #2721 were wrongful and constituted direct violation of Plaintiff's constitutional rights guaranteed by the 4th and 14th amendments to the United States Constitution and 42 USC 1983.

9. That the actions of Chicago Police Officer Alonzo Cothran, Star #2721 were performed under color of state law.

WHEREFORE, Plaintiff prays judgment in his favor and against Chicago Police Officer Alonzo Cothran, Star #2721 in an amount in excess of the minimal jurisdictional amount of this Court in addition to attorney's fees and costs.

COUNT III - Assault and Battery

Now comes the Plaintiff, Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, by and through his attorneys, Steinberg, Burtker & Grossman, Ltd., and for Count III of his Amended Complaint at Law against Defendants City of Chicago and Chicago Police Officer Alonzo Cothran, Star #2721, alleges and states as follows:

1-6. Plaintiff adopts and realleges paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count III as though fully set forth herein.

7. Defendant Chicago Police Officer Alonzo Cothran, Star #2721 has individually, and as agent for the Defendant City of Chicago, inflicted battery upon the Plaintiff.

8. Defendant Chicago Police Officer Alonzo Cothran, Star #2721's conduct as aforesaid resulted in both physical and emotional injuries to the minor Plaintiff.

WHEREFORE, Plaintiff prays judgment in his favor and against Defendants City of Chicago and Chicago Police Officer Alonzo Cothran, Star #2721 in an amount in excess of the minimal jurisdictional amount of this Court.

Richard J. Grossman, Esq.
Steinberg, Burtker & Grossman, Ltd.
55 East Monroe Street; Suite 2920
Chicago, Illinois 60603
(312) 726-4444
Attorney I.D. #09624

CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **NOTICE OF REMOVAL** to be mailed to the person in the foregoing Notice at the address therein shown, on this November 1, 2007.

Richard J. Grossman, Esq.
Steinberg, Burtker & Grossman, Ltd.
55 E. Monroe St., Suite 2920
Chicago, IL 60603

Matthew R. Hader