**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

07CV6179
JUDGE COAR
MAG. JUDGE ASHMAN

In the Matter of

**JONATHAN BANKS, a minor, by SHONNETTA BANKS, his mother and next friend v. City of Chicago, Department of Police, and Alonzo Cothran**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alonzo Cothran

**FILED**
JN
NOV X 1 2007
NOV. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) | |
|---|---|
| | Matthew R. Hader |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Matthew R. Hader |

| FIRM | |
|---|---|
| | Corporation Counsel's Office |

| STREET ADDRESS | |
|---|---|
| | 30 N. LaSalle St., Suite 1400 |

| CITY/STATE/ZIP | |
|---|---|
| | Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06284330 | 312-742-9886 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐