IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN BANKS, a minor<br>By SHONNETTA BANKS, his mother<br>And next friend, | )<br>)<br>) | Case No 07 C 6179 |
| | )<br>) | Judge Coar |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| CITY OF CHICAGO, a municipal<br>Corporation, Department of Police and<br>Police officer ALONZO COTHRAN,<br>Star #2721, | )<br>)<br>)<br>)<br>) | JURY TRIAL DEMANDED |
| Defendants. | )<br>) | |

**DEFENDANT COTHRAN'S MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Alonzo Cothran, (Defendant Officer) by and through one of his attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time by thirty days, up to and including November 28, 2007, in which to answer or otherwise plead to the amended Complaint. In support of this motion, Defendant states:

1. Plaintiff initially filed his Complaint in the Circuit Court of Cook County on July 18, 2006.

2. Plaintiff filed an Amended Complaint for the first time naming as a defendant Alonzo Cothran, on October 11, 2007.

3. Defendant Cothran removed this case to the United States District Court for the Northern District of Illinois on November 1, 2007.

1

4. Pursuant to Fed. R. Civ. P. 81(c), Defendant was required to answer or file a responsive pleading 20 days after service, or 5 days after removal, whichever is longer.

5. Defendant's responsive pleading was due on this day November 8, 2007, in accordance with Fed. R. Civ. P. 6(a), which states that the day of the act shall not be included in the computation of time, and further states that weekends shall not be included in the computation of time when, as here, the period of time prescribed or allowed is less than 11 days. Fed. R. Civ. P. 6(a).

6. The undersigned has not yet been able to review materials pertinent to the allegations in order to be able to file an Answer or other responsive pleading. Nor has the undersigned been able to meet with his client to discuss the Complaint or a responsive pleading.

7. The undersigned will be meeting with his client on Tuesday, November 20, 2007.

8. The Defendant Officer requests that the time to answer or file a responsive pleading to the Complaint be extended up to and including November 28, 2007.

9. This motion is Defendant Officer's first request for an extension of time to answer or otherwise plead. Such a request is not intended to unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendant, Alonzo Cothran, respectfully requests that he be given until November 28, 2007, to answer or otherwise plead.

Respectfully submitted,

 s/ Matthew R. Hader\
MATTHEW R. HADER\
Assistant Corporation Counsel

30 North La Salle Street\
Suite 1400\
Chicago, Illinois 60602\
(312) 742-9586\
Atty. No. 06284330

**CERTIFICATE OF SERVICE**

I, Matthew R. Hader, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT COTHRAN'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** to be sent via U.S. Mail to the person(s) named herein by placing same in the United States Mail on this 8th day of November, 2007.

> Richard James Grossman
> Steinberg, Burtker & Grossman, Ltd
> 55 East Monroe Street, Suite 2920
> Chicago, IL 60603

>  s/ Matthew R. Hader_____
> MATTHEW R. HADER
> Assistant Corporation Counsel