IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BANKS, a minor )<br>By SHONNETTA BANKS, his mother )<br>And next friend, )<br>   )<br>         Plaintiff, )<br>   )<br>v. )<br>   )<br>CITY OF CHICAGO, a municipal )<br>Corporation, Department of Police and )<br>Police officer ALONZO COTHRAN, )<br>Star #2721, )<br>   )<br>         Defendants. ) | Case No 07 C 6179<br><br>Judge Coar<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

TO:   Richard James Grossman
     Steinberg, Burtker & Grossman, Ltd
     55 East Monroe Street, Suite 2920
     Chicago, IL 60603
     312.726.4444

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT COTHRAN'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in her place or stead, on the 14th day of November, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

   **DATED** at Chicago, Illinois this 8th day of November, 2007.

                             Respectfully Submitted,

                              s/ Matthew R. Hader
30 North La Salle St., Ste. 1400      MATTHEW R. HADER
Chicago, Illinois 60602            Assistant Corporation Counsel
312.742.9586
Atty. No. 06284330