**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jonathan Banks
                    Plaintiff,

v.                                            Case No.: 1:07–cv–06179
                                                      Honorable David H. Coar

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 13, 2007:

      MINUTE entry before Judge David H. Coar :MOTION by Defendant Alonzo Cothran for extension of time to file answer [5] is granted. Said defendant to answer or otherwise plead on or before 11/28/2007. Parties need not appear on 11/14/2007.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.