IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathon Banks, a minor | ) | |
| by Shonnette Banks, his mother | ) | Case No 07 C 6179 |
| and next friend, | ) | |
| | ) | Judge Coar |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| City of Chicago, a municipal corporation | ) | |
| Department of Police, and Police Officer | ) | |
| Alonzo Cothran, Star #2721, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Richard James Grossman
    Steinberg, Burtker & Grossman, Ltd
    55 East Monroe Street, Suite 2920
    Chicago, IL 60603
    312.726.4444

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT COTHRAN'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT AT LAW,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 28th day of November, 2007.

Respectfully Submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle St.
Suite 1400
Chicago, Illinois 60602
312.742.9586
Atty. No. 06284330