# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number:     07 C 6179

BANKS V. CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO - Defendant

NAME (Type or print)
Thomas J. Aumann

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Thomas J. Aumann

FIRM
Office of the Corporation Counsel, City of Chicago

STREET ADDRESS
30 North LaSalle Street, Suite 1020

CITY/STATE/ZIP
Chicago, Illinois  60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06282455 | (312) 744-1566 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES X          NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES          NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES          NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL