**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHON BANKS, a minor, | ) | |
| by SHONNETTE BANKS, his mother, | ) | |
| and next friend, | ) | |
| | ) | **No. 07 C 6179** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE COAR |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| DEPARTMENT OF POLICE, and POLICE | ) | |
| OFFICER ALONZO COTHRAN, Star #2721, | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S UNCONTESTED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation

Counsel for the City of Chicago, respectfully moves for an extension of time to February 22,

2008 to answer or otherwise plead in response to Plaintiff's complaint.  In support of this motion,

the City states the following:

1.    Plaintiff filed his complaint in the Circuit Court of Cook County on or about July

18, 2006.  On November 1, 2007, Defendant Cothran removed this case to the United States

District Court, Northern District of Illinois, Eastern Division.

2.    Following discussion within the City's Law Department, it was determined

that responsibility for representation of the City in this case would belong to the Employment and

Policy Litigation Division.

3.    The Employment and Policy Litigation Division has experienced a flood of new

and ongoing cases assigned to the division in the last three months, resulting in a backlog of

assignment of individual cases to division attorneys.

4.     Undersigned counsel for the City was assigned the case on or about January 22, 2008, the first opportunity that undersigned counsel had to review Plaintiff's complaint.

5.     The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in Plaintiff's complaint and compiling the pertinent records.

6.     This motion is the City's first request for an extension of time to answer or otherwise plead.  This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in Plaintiff's complaint.

7.     Plaintiff's counsel, Richard J. Grossman, has indicated that he has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to February 23, 2008 to answer or otherwise plead in response to Plaintiff's complaint; and for any other relief that this Honorable Court deems proper.


Respectfully submitted,


MARA S. GEORGES
Corporation Counsel
City of Chicago


BY:    /s/ Thomas J. Aumann
       THOMAS J. AUMANN
       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602

(312) 744-1566 (Phone)
(312) 744-3989
Atty. No. 06282455

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served upon Richard J. Grossman at rjgrossman@ameritech and Matthew R. Hader at matt.hader@cityofchicago.org, via electronic mail, on this 24th day of January, 2008.

/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel