**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JONATHON BANKS, a minor, )<br>by SHONNETTE BANKS, his mother, )<br>and next friend, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>CITY OF CHICAGO, a municipal corporation, )<br>DEPARTMENT OF POLICE, and POLICE )<br>OFFICER ALONZO COTHRAN, Star #2721, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　Defendants. ) | **No. 07 C 6179**<br><br>JUDGE COAR |

**NOTICE OF MOTION**

To:　Richard J. Grossman　　　　　　　　　　　Matthew R. Hader
　　Steinberg, Burtker & Grossman, Ltd　　　　City of Chicago, Department of Law
　　55 East Monroe Street　　　　　　　　　　30 North LaSalle Street
　　Suite 2920　　　　　　　　　　　　　　　Suite 1400
　　Chicago, Illinois  60603　　　　　　　　　Chicago, Illinois  60602
　　rjgrossman@ameritech.net　　　　　　　　matt.hader@cityofchicago.org

　　**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

　　**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his stead, on the 29th day of January, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

　　**DATED** at Chicago, Illinois this 24th day of January, 2008.

          Respectfully submitted,

          MARA S. GEORGES
          Corporation Counsel
          City of Chicago

By:   /s/ Thomas J. Aumann
      THOMAS J. AUMANN
      Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455