## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Jonathan Banks
                        Plaintiff,

v.                                                Case No.: 1:07–cv–06179
                                                  Honorable David H. Coar

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge David H. Coar :MOTION by Defendant City of Chicago for extension of time to file answer or otherwise plead [14] is granted. Defendant to answer or plead on or before 2/25/2008, this is a final extension and there will be no further extensions. The Rule 16(b) set for 1/29/2008 is stricken and no one should appear on 1/29/2008. Rule 16(b) Scheduling Conference is reset to 2/27/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.