IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN BANKS, a minor, by Shonnette Banks, his mother and next friend, | ) ) ) | |
| Plaintiff, | ) ) | **07 C 6179** |
| v. | ) ) | JUDGE COAR |
| CITY OF CHICAGO, a municipal corporation, Department of Police, and Police Officer ALONZO COTHRAN, Star #2721, | ) ) ) ) ) | Magistrate Judge Ashman |
| | ) | JURY DEMAND |
| Defendants. | ) | |

### DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, for its answer to Plaintiff's amended complaint, states as follows:

### Count I -Negligence

1. That at all times pertinent hereto, Plaintiff Jonathan Banks was a minor, age 14 years, was a citizen and resident of the City of Chicago, residing with his mother, Shonnette Banks at 3423 West Douglas Boulevard, County of Cook, State of Illinois.

**ANSWER:** The City is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in this paragraph.

2. Defendant City of Chicago is a municipal corporation located in the County of Cook, State of Illinois. It includes the Chicago Police Department, which employs police officers and other personnel including Police Officer Defendant Alonzo Cothran, Star #2721.

**ANSWER:** The City admits the allegations contained in this paragraph.

3. That on or about June 28, 2006, Plaintiff Jonathan Banks was taken from the area of the front of his residence by several uniformed members of the Chicago Police Department, including Officer Alonzo Cothran, Star #2721. He was placed in a squad car and driven to a nearby alley.

**ANSWER:** The City is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. That at all times herein Chicago Police Officer Alonzo Cothran, Star #2721 was an employee of the City of Chicago acting as its agent.

**ANSWER:** The City admits that at all times relevant to the incident alleged in Plaintiff's complaint, Officer Cothran was an employee of the City of Chicago. The City is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

5. That while removing Plaintiff from the squad car, Chicago Police Officer Alonzo Cothran, Star #2721 made physical contact with Plaintiff.

**ANSWER:** The City is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

6. That the Defendants, and each of them named herein, by and through their agents, servants and employees, committed one or more of the following wrongful acts or omissions:

    a. Made physical contact with the minor Plaintiff;
    b. Failed to properly train, supervise and instruct Chicago Police Officer Alonzo Cothran, Star #2721 in proper procedures;
    c. Failed to care for the safety of the Plaintiff.

**ANSWER:** The City denies the allegations contained in this paragraph to the extent that they pertain to the City. The City is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

7. That as a direct and proximate result of one or more of the above wrongful acts or omissions to act, the minor Plaintiff, Jonathan Banks was caused to be injured.

**ANSWER:** The City is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

8.      That as a further direct and proximate result of the above and foregoing actions on the part of the Defendants, and each of them, Plaintiff Jonathon Banks suffered injuries, and he was caused to incur medical expenses.

**ANSWER:**    The City denies the allegations contained in this paragraph to the extent that they pertain to the City. The City is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

### COUNT II - Civil Rights - Title 42, Section 1982 U.S.C.A.

The City is not a party-defendant in Count II and therefore does not answer the allegations in that count.

### COUNT III - Assault and Battery

1-6.    Plaintiff adopts and realleges paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count III as though fully set forth herein.

**ANSWER:**    The City's answers to paragraphs 1-6 of Count I are incorporated herein as its answers to paragraphs 1-6 of Count III.

7.     Defendant Chicago Police Officer Alonzo Cothran, Star #2721 has individually, and as agent for the Defendant City of Chicago, inflicted battery upon the Plaintiff.

**ANSWER:**    The City is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

8.     Defendant Chicago Police Officer Alonzo Cothran, Star #2721's conduct as aforesaid resulted in both physical and emotional injuries to the minor Plaintiff.

**ANSWER:**    The City is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

WHEREFORE, Defendant City of Chicago prays that this Court enter judgment in its favor on Plaintiff's complaint, award the City such costs and fees as allowed by law, and grant such further relief as this Court deems just and proper.

## JURY DEMAND

The City respectfully requests a trial by jury.

## AFFIRMATIVE DEFENSES

1. The City is not liable to Plaintiff if its employees or agents are not liable to Plaintiff. 745 ILCS 10/2-109 (2006).

2. To the extent any employee or agent of the City was acting within the scope of his or her employment, that employee or agent is not liable for his or her acts or omissions in the execution or enforcement of the law, unless such act or omission constitutes willful and wanton conduct. 745 ILCS 10/2-202 (2006).

3. The City is not liable for any injury caused by the act or omission of another person. 745 ILCS 10/2-204 (2006).

4. To the extent any injuries or damages claimed by Plaintiff were proximately caused, in whole or in part, by the negligent, willful, wanton and/or other wrongful conduct on the part of Plaintiff, any verdict or judgment obtained by Plaintiff must be reduced by application of the principles of comparative fault, by an amount commensurate with the degree of fault attributed to Plaintiff by the jury in this case. See Poole v. City of Rolling Meadows, 167 Ill. 2d 41, 656 N.E. 2d 768, 212 Ill. Dec. 171 (1995).

5. To the extent that Plaintiff failed to mitigate any of his claimed injuries or damages, any verdict or judgment obtained by Plaintiff must be reduced by application of the principle that Plaintiff has a duty to mitigate, commensurate with the degree of failure to mitigate attributed to Plaintiff by the jury in this case.

                                        Respectfully submitted,

                                        MARA S. GEORGES,
                                        Corporation Counsel
                                        City of Chicago

By:    /s/ Thomas J. Aumann
        THOMAS J. AUMANN
        Assistant Corporation Counsel

City of Chicago, Department of Law
30 N. LaSalle St., Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (phone)
(312) 744-3989 (fax)
Attorney No.  06282455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN BANKS, a minor, by Shonnette Banks, his mother and next friend, | ) ) ) | |
| Plaintiff, | ) ) | **07 C 6179** |
| v. | ) ) | JUDGE COAR |
| CITY OF CHICAGO, a municipal corporation, Department of Police, and Police Officer ALONZO COTHRAN, Star #2721, | ) ) ) ) | Magistrate Judge Ashman |
| | ) ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:  Richard J. Grossman, Esq.          Matthew R. Hader
     Steinberg, Burtker & Grossman, Ltd.  Assistant Corporation Counsel
     55 East Monroe Street               30 North LaSalle Street
     Suite 2920                          Suite 1400
     Chicago, Illinois  60603            Chicago, Illinois  60602

PLEASE TAKE NOTICE that on February 25, 2008, the City of Chicago will file its answer, defenses and jury demand to Plaintiff's complaint with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered, via electronic filing, to the person named above at the address shown this 25th day of February, 2008.

Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel
City of Chicago

By:  /s/ Thomas J. Aumann
     THOMAS J. AUMANN
     Assistant Corporation Counsel

City of Chicago, Department of Law
30 N. LaSalle St., Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (phone)
(312) 744-3989 (fax)
Attorney No.  06282455