IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend,<br>    Plaintiff,<br>v.<br>City of Chicago, a municipal corporation, Department of Police, and Police Officer Alonzo Cothran, Star 2721,<br>    Defendants. | Case No. 07 C 6179<br>Judge Coar<br>Jury Trial Demanded |

PROPOSED DISCOVERY PLAN

Now comes the Plaintiff, Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, by and through his attorneys, Steinberg, Burtker & Grossman, Ltd., and pursuant to the Court's standing Order, Rules 26(f) and 16(b) of FRCP, submits the following discovery plan for the Court's consideration:

1. Discovery:

    A. Rule 26(a)(1) disclosures my March 26, 2008.
    B. Amendments to Pleadings by April 23, 2008.
    C. Fact discovery cutoff by June 25, 2008.
    D. Disclosure of Experts by July 30, 2008.
    E. Expert depositions by September 10, 2008.
    F. Disclosure of Rebuttal Experts by October 8, 2008.
    G. Depositions of Rebuttal Experts by November 5, 2008.

2. Dispositive Motions to be filed by August 23, 2008.

3. Pretrial Order to be filed on or about December 10, 2008.

All of the dates set forth here are agreed to by the parties.

It is further agreed that the Defendants may submit a standard qualified medical protective order (HIPAA) to enable them to secure minor Plaintiff's medical records while protecting his right of privacy.

Prior to removal of this matter from the Circuit Court of Cook County, the parties to the exclusion of Defendant Police Officer engaged in initial discovery which should further assist in simplifying the issue.

Respectfully submitted,

s/ Richard J. Grossman_____
Richard J. Grossman, attorney for the Plaintiff

Steinberg, Burtker & Grossman, Ltd.
55 East Monroe Street; Suite 2920
Chicago, Illinois 60603
(312) 726-4444
Attorney I.D. #09624