IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, | ) ) | |
| Plaintiff, | ) | Case No. 07 C 6179 |
| | ) | Judge Coar |
| v. | ) | Jury Trial Demanded |
| City of Chicago, a municipal corporation, Department of Police, and Police Officer Alonzo Cothran, Star 2721, | ) ) ) | |
| Defendants. | ) | |

ORDER

    THIS MATTER COMING TO BE HEARD upon the parties proposed discovery plan pursuant to Rules 26(f) and 16(b) of FRCP, due notice having been given and the Court fully advised:

    IT IS HEREBY ORDERED that the parties shall comply with the following discovery schedule:

1.     Discovery:

        A.     Rule 26(a)(1) disclosures my March 26, 2008.
        B.     Amendments to Pleadings by April 23, 2008.
        C.     Fact discovery cutoff by June 25, 2008.
        D.     Disclosure of Experts by July 30, 2008.
        E.     Expert depositions by September 10, 2008.
        F.     Disclosure of Rebuttal Experts by October 8, 2008.
        G.     Depositions of Rebuttal Experts by November 5, 2008.

2.     Dispositive Motions to be filed by August 23, 2008.

3.     Pretrial Order to be filed on or about December 10, 2008.


DATED:


_____
JUDGE

Richard J. Grossman, Esq.
Steinberg, Burtker & Grossman, Ltd.
55 East Monroe Street; Suite 2920
Chicago, Illinois 60603
(312) 726-4444
Attorney I.D. #09624