UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathon Banks, a minor, by Shonette Banks, his mother and next friend, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 07 CV 06179 |
| City of Chicago, a municipal corporation, Department of Police and Police Officer Alonzo Cothran, Star #2721, | ) ) ) ) | Judge David H. Coar Magistrate Judge Ashman |
| Defendants. | ) | |

**PLAINTIFF JONATHON BANKS' FRCP RULE 26(a)(1) DISCLOSURES**

Now comes Plaintiff Jonathon Banks, a minor, by Shonette Banks, his mother and next friend, by and through his attorneys, Richard J. Grossman, and Steinberg, Burtker & Grossman, Ltd., and for his FRCP Rule 26(a)(1) disclosures states:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

> Plaintiff Jonathon Banks obviously possesses discoverable information including all events related to the lawsuit including being taken by Chicago Police Department officers including Police Officer Alonzo Cothran from in front of his home, taken to a remote location and beaten by said Officer. He will testify as to his injuries, medical treatment, and physical and medical condition.

> Ms. Taesha Russell of 3425 West Douglas Boulevard, Chicago, Illinois was a witness to the taking of minor Plaintiff by the Chicago Police Officers and also saw the Plaintiff later that evening after he was released.

> Shonnette Banks is the mother of Jonathon Banks and found her son in distress after the incident which is the subject matter of the lawsuit.

> Michael Slater, M.D. was an emergency room physician who treated the minor Plaintiff subsequent to his release by Defendant Police Officers at Mt. Sinai Hospital, Chicago, Illinois.

        Unknown Chicago Police Officers

B.    A copy of, or a description by a category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support it's claims or defenses, unless solely for impeachment:

> Medical bills, records and photos of the Plaintiff were previously produced in discovery prior to the case being removed from state to Federal Court.

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

> Minor Plaintiff's economic damages include the aforementioned medical treatment for which bills were issued. Plaintiff is claiming non-economic damages.

Respectfully submitted,

S/ Richard J. Grossman

_____
Richard J. Grossman, Esq., attorney for the Plaintiff

Steinberg, Burtker & Grossman, Ltd.
55 East Monroe Street; Suite 2920
Chicago, Illinois 60603
(312) 726-4444
Attorney #01072668