IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathan Banks, a minor, by Shonette Banks, | ) | |
| his mother and next friend, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CV 06179 |
| | ) | |
| City of Chicago, a municipal corporation, | ) | |
| Department of Police, and Police Officer | ) | |
| Alonzo Cothran, Star #2721, | ) | |
| Defendants. | ) | |

PROOF OF SERVICE

To:    Thomas Aumann, Esq.                 Matthew R. Hader, Esq.
          Assistant Corporation Counsel      Assistant Corporation Counsel
          City of Chicago                       City of Chicago
          30 North LaSalle Street            30 North LaSalle Street
          Suite 1400                           Suite 1400
          Chicago, Illinois 60602            Chicago, Illinois 60602

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that I served and true and correct copy of this Proof of Service and the attached Plaintiff Jonathon Banks' FRCP Rule 26(a)(1) Disclosures to the above-named by placing said copies in the U.S. Mail on March 14, 2008 with proper postage prepaid.

S/ Richard J. Grossman

_____

Richard J. Grossman, Attorney for the Plaintiff

Steinberg, Burtker & Grossman, Ltd.
55 East Monroe Street
Suite 2920
Chicago, Illinois 60603
(312) 726-4444
Attorney #01072668