IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHON BANKS, a minor, by SHONNETTA BANKS, his mother and next friend, ) ) ) ) | 07 C 6179 |
| Plaintiff, ) ) | JUDGE COAR |
| vs. ) | MAGISTRATE ASHMAN |
| CITY OF CHICAGO, a municipal Corporation, Department of Police and Police officer ALONZO COTHRAN, Star #2721, ) ) ) ) | |

## DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

Defendant Officer Alonzo Cothran by one of his attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and pursuant to Fed. R. Civ. P. 56(b), move this Court for summary judgment on the claims alleged in plaintiff's amended complaint. In support of their motion, defendants state as follows:

1. Plaintiff Jonathon Banks has filed a three count complaint against the City and Chicago Police Officer Alonzo Cothran under 42 U.S.C. §1983 ("Section 1983") and Illinois law.  Plaintiff alleges that on June 28, 2006, Officer Alonzo Cothran, while in uniform and while in a marked squad car, deprived him of his rights by beating him.  See Plaintiff's Complaint.

2. Officer Alonzo Cothran was not working on June 28, 2006, nor was he in uniform, nor was he driving a squad car.  Office Alonzo Cothran had no contact whatsoever with Plaintiff on June 28, 2006 or any other date.

3. Plaintiff makes three claims: (1) "Negligence" (Count I); (2) "Civil Rights, Title 42, Section [sic] 1982 U.S.C.A.," which describes a fourth amendment excessive force claim (Count II) and (3) "Assault and battery" (Count III).

4. There being no genuine issue of material fact as to the claims alleged in Plaintiff's complaint, defendants are entitled to summary judgment as a matter of law.

5. Defendants have simultaneously filed a Local Rule 56.1 statement of uncontested facts and memorandum in support of this motion for summary judgment.

WHEREFORE, for the reasons stated in their memorandum in support of this motion for summary judgment, defendants City, and Officer Alonzo Cothran request this Court to grant summary judgment in their favor on all counts of plaintiff's complaint, and for such other relief as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas J. Aumann | /s/ Mary McCahill |
| THOMAS J. AUMANN | MARY MCCAHILL |
| Attorney for Defendant City of Chicago | Attorney for Defendant Officer |
| 30 N. LaSalle St., Suite 1020 | 30 N. LaSalle St., Suite 1400 |
| Chicago, IL  60602 | Chicago, IL  60602 |
| (312) 744-1566 | (312) 742-6404 |
| Attorney No. 06282455 | Attorney No. 06277989 |