IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHON BANKS, a minor, ) | | |
| by SHONNETTA BANKS, his mother ) | 07 C 6179 | |
| and next friend, ) | | |
| ) | | |
| Plaintiff, ) | JUDGE COAR | |
| ) | | |
| vs. ) | MAGISTRATE ASHMAN | |
| CITY OF CHICAGO, a municipal ) | | |
| Corporation, Department of Police and ) | | |
| Police officer ALONZO COTHRAN, ) | | |
| Star #2721, ) | | |

**DEFENDANTS' RULE 56.1(a)(3) STATEMENT IN
SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendant Officer Alonzo Cothran by one of his attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, submit the following memorandum in support of their motion for summary judgment:

**UNCONTESTED FACTS**

1. Defendant Officer Cothran has worked as a duly appointed Chicago Police Officer since April 23, 2003.  **See Affidavit of Alonzo Cothran, attached hereto as Exhibit A, ¶ 1.**

2. Since November 20, 2003, and as of the date of this affidavit, Alonzo Cothran was assigned to the 11th District, which covers Roosevelt Road to the South to Division Street to the North and Cicero Avenue to the West and Western Avenue to the East.  **See Exhibit A, ¶ 2; Affidavit of Captain Terence Harte, attached hereto as Exhibit B, ¶ 2.**

3. Captain Terence Harte has worked as an 11th District Watch Commander for the third watch since August of 2004.  **See Exhibit B, ¶ 1.**

    4.    On June 28, 2006, Alonzo Cothran was employed as a City of Chicago police officer assigned to the 11th District located at 3151 W. Harrison Street, Chicago Illinois.  **See Exhibit A, ¶ 3.**

    5.    Alonzo Cothran was not working on June 28, 2006. **See Exhibit A, ¶ 4; Exhibit B, ¶ 3, 4, 5; 11th District Attendance and Assignment Sheets for June 28, 2006, Attached hereto as Exhibit C at bates D000014.**

    6.    Alonzo Cothran was not wearing a uniform or driving a squad car on June 28, 2006. **See Exhibit A, ¶ 5; Exhibit B, ¶ 6.**

    7.    3423 West Douglas Boulevard is not located within the geographic boundaries of the 11th District, but is located within the geographic boundaries of the 10th District.  **See Exhibit A, ¶ 6; Exhibit B, ¶ 7.**

    8.    1500 South Sawyer is not located within the geographic boundaries of the 11th District, but is located within the geographic boundaries of the 10th District.  **See Exhibit A, ¶ 7; Exhibit B, ¶ 8.**

9.      Alonzo Cothran has no knowledge of the incidents alleged in the Amended Complaint filed in this case.  Alonzo Cothran did not participate in any way in the alleged apprehension or beating of Jonathon Banks and did not otherwise make any contact with Jonathon Banks on June 28, 2006 or any other day.  **See Exhibit A, ¶ 8.**

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas J. Aumann | /s/ Mary McCahill |
| THOMAS J. AUMANN | MARY MCCAHILL |
| Attorney for Defendant City of Chicago | Attorney for Defendant Officer |
| 30 N. LaSalle St., Suite 1020 | 30 N. LaSalle St., Suite 1400 |
| Chicago, IL  60602 | Chicago, IL  60602 |
| (312) 744-1566 | (312) 742-6404 |
| Attorney No. 06282455 | Attorney No. 06277989 |