IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BANKS, a minor, )<br>by SHONNETTA BANKS, his mother )<br>and next friend, )<br> )<br>   Plaintiff, )<br> )<br>   vs. )<br> )<br>   Defendants )<br> )<br>CITY OF CHICAGO, a municipal )<br>Corporation, Department of Police and )<br>Police officer ALONZO COTHRAN, )<br>Star #2721, ) | 07 C 6179<br><br>JUDGE COAR<br><br><br><br>MAGISTRATE ASHMAN |

## AFFIDAVIT OF OFFICER ALONZO COTHRAN

I, Officer Alonzo Cothran, having first been duly sworn under oath, state that if called to testify as a witness in this case, I would state the following:

1. I have worked as a duly appointed Chicago Police Officer since April 23, 2003.

2. Since November 20, 2003, and as of the date of this affidavit, I was assigned to the 11th District, which covers Roosevelt Road to the South to Division Street to the North and Cicero Avenue to the West and Western Avenue to the East.

3. On June 28, 2006, I was employed as a City of Chicago police officer assigned to the 11th District located at 3151 W. Harrison Street, Chicago Illinois.

4. Based on my review of the attendance and assignment sheets for my unit dated June 28, 2006, (Exhibit 1 at D000014, attached), and to my knowledge, I was not working on June 28, 2006.

5. Because I was not working on June 28, 2006, I was not wearing a uniform or driving a squad car.


DEFENDANT'S EXHIBIT A

6. 3423 West Douglas Boulevard is not located within the geographic boundaries of the 11th District, but is located within the geographic boundaries of the 10th District.

7. 1500 South Sawyer is not located within the geographic boundaries of the 11th District, but is located within the geographic boundaries of the 10th District.

8. I have no knowledge of the incidents alleged in the Amended Complaint filed in this case. I did not participate in any way in the alleged apprehension or beating of Jonathon Banks and did not otherwise make any contact with Jonathan Banks on June 28, 2006 or any other day.

The Affiant Further Sayeth Naught.

ALONZO COTHRAN
Affiant

Subscribed and Sworn
to be before me this 11th
day of August, 2008.

Notary Public

Official Seal
Linda G Jenkins
Notary Public State of Illinois
My Commission Expires 06/23/2011

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BANKS, a minor, ) <br> by SHONNETTA BANKS, his mother ) <br> and next friend, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Defendants ) <br> ) <br> CITY OF CHICAGO, a municipal ) <br> Corporation, Department of Police and ) <br> Police officer ALONZO COTHRAN, ) <br> Star #2721, ) | 07 C 6179 <br><br> JUDGE COAR <br><br><br> MAGISTRATE ASHMAN |

### AFFIDAVIT OF CAPTAIN TERENCE HARTE

I, Captain Terrance Harte, having first been duly sworn under oath, state that if called to testify as a witness in this case, I would state the following:

1. I have worked as an 11th District Watch Commander for the third watch since August of 2004.

2. The 11th District, which is located at 3151 W. Harrison Street, Chicago Illinois, covers the general areas of Roosevelt Road to the South to Division Street to the North and Cicero Avenue to the West and Western Avenue to the East.

3. As the Watch Commander of the 11th District, I regularly review the Attendance and Assignment sheets for my watch, which are kept in the regular course of business, and are made by persons with knowledge. If I am satisfied that the Attendance and Assignment sheets accurately reflect the work status of each member, I sign my approval to the sheets.

4. I was the Watch Commander on the 11th District on June 28, 2006 for the third watch. I reviewed and approved the Attendance and Assignment sheets for that date, indicating they



accurately reflect the work status of each member on the watch. My signature appears on the bottom right hand corner of each page.

5. Based on my review of the 11th District Attendance and Assignment sheets for the third watch on June 28, 2006, the working status of Officer Alonzo Cothran was regular day off (code 80). Accordingly Officer Alonzo Cothran was not working on June 28, 2006.

6. Because Officer Cothran was not working on June 28, 2006, per Chicago Police Department policy and procedure, he would not have access to a squad car.

7. 3423 West Douglas Boulevard is not located within the geographic boundaries of the 11th District, but is located within the geographic boundaries of the 10th District.

8. 1500 South Sawyer is not located within the geographic boundaries of the 11th District, but is located within the geographic boundaries of the 10th District.

The Affiant Further Sayeth Naught

_____
**CAPTAIN TERENCE HARTE**
Affiant

Subscribed and Sworn
to be before me this __14__
day of August, 2008,

_____
Notary Public

OFFICIAL SEAL
LUZ N VARGAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/09