# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  **DATE:** 28 JUN 06  **PAGE:** 01

| WATCH | STAR NO. | NAME | | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH / ADDITIONAL ASSIGNMT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 00057 | KUPCZYK | JOHN | 9175 | | | | | CAPTAIN | | | |
| 1 | | DEMBINSKI | GENE | 9173 | | X | | SICK | FIELD LIEUT | | | |
| 1 | 02523 | GARTNER | JOHN | 9171 | | | | | SUPV SERGEANT | | | DETAIL TO 214 |
| 1 | 01731 | GRANIAS | GEORGE | 9171 | | X | | | SUPV SERGEANT | | | |
| 1 | 01786 | MC CALL | DANIEL | 9171 | | X | SICK | | SUPV SERGEANT | | | |
| 1 | 00893 | MULLIGAN JR | MICHAEL | 9171 | | X | SICK | | SUPV SERGEANT | | 140 | 0700-0600 |
| 1 | 02093 | ROBERTS | CRAIG | 9171 | | | 8/19 | | SUPV SERGEANT | | 2420 | 2420-0820 |
| 1 | 00893 | SCHMIDT | ROBERT | 9171 | | | 8/20 | | SUPV SERGEANT | | 1120 | |
| 1 | 02162 | UDING | BRYON | 9171 | | | 7343 113 | | SUPV SERGEANT | | 151 | DN sit |
| 1 | 01958 | WALSH | VINCENT | 9171 | | X | | | SUPV SERGEANT | | | DETAIL TO 214 |
| 1 | 19845 | CANTORE | MICHAEL | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 13253 | CASTANEDA | RAQUEL | 9161 | | X | 84 | | 2 MAN/CAR | | | |
| 1 | 11509 | CONLON | CATHY | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 14217 | COOPER | GARY | 9161 | | X | 84 | | 2 MAN/CAR | | | |
| 1 | 05392 | DALCASON | JOHN | 9161 | | X | | | 2 MAN/CAR | | | |
| 1 | 13939 | FABIAN JR | ELMER | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 04198 | FLEMING | TINA | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 06677 | FONTAINE | DANIEL | 9161 | | X | | | 2 MAN/CAR | | | |
| 1 | 06741 | FRUGOLI | DONALD | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 17175 | GRAY | RODRIGO | 9161 | | X | | | 2 MAN/CAR | | | |
| 1 | 08444 | GRANADO | DAVID | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 12115 | HALL | CLIFFORD | 9161 | | | 9/13 | | 2 MAN/CAR | | | |
| 1 | 1393 | DENK | EDWARD | | | X | 9/13 | | Lt DIST TAT | | 1197 | |
| 1 | 1841 | NEBELETA | ANDRES | | | | | | POD Table | | 111S | CommGu |


DEFENDANT'S EXHIBIT

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180  **DATE** 28 JUN 06  **PAGE** 02

| WATCH | STAR NO. | NAME | | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09607 | HATTER | COREY | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 10944 | HOWARD | ANGELIQUE | 9161 | | | | 840 233 | 2 MAN/CAR | 7634 | 1122 | 232-233 |
| 1 | 11432 | JANKOWSKI | JOHN | 9161 | | | | | 2 MAN/CAR | 7568 | 1125 | 232-233 |
| 1 | 15353 | JOHNSON | DARRYL | 9161 | | X | | | 2 MAN/CAR | | | |
| 1 | 07777 | JONES | ERIN | 9161 | | X | | | 2 MAN/CAR | | | |
| 1 | 18412 | JOSEPHS | PATRICK | 9161 | | | 51 | | 2 MAN/CAR | | | |
| 1 | 17145 | KINSELLA | TIMOTHY | 9161 | | | 51 | | 2 MAN/CAR | | | |
| 1 | 07708 | KNIGHT | AISHA | 9161 | | X | | | 2 MAN/CAR | | | DETAIL TO 140 |
| 1 | 07160 | KOCHAN | MARK | 9161 | | | 51 | | 2 MAN/CAR | 8479 | 1121 | DETAIL TO 214 |
| 1 | 2502 | KROLL | BRIAN | 9161 | | | 51 | 9460 | 2 MAN/CAR | 626 | 1171 | 230-233 |
| 1 | 19206 | LANGE | TIMOTHY | 9161 | | | | 611.45 | 2 MAN/CAR | 0248 | 1121 | 230-233 |
| 1 | 19429 | LARA | ABRAHAM | 9161 | | | | 26 24 | 2 MAN/CAR | | 1115 | 230-233 |
| 1 | 10834 | LAUREL | SERGIO | 9161 | | X | | | 2 MAN/CAR | | | DETAIL TO 214 |
| 1 | 15454 | LECLAIR | RYAN | 9161 | | | | 621-24 | 2 MAN/CAR | 5042 | 1110 | 140-83 |
| 1 | 15475 | LEVA | JACEK | 9161 | | X | | | 2 MAN/CAR | | | DETAIL TO 214 |
| 1 | 15061 | LESCH | NICHOLAUS | 9161 | | X | | | 2 MAN/CAR | 9365 | 1112 | 230-233 |
| 1 | 16764 | LOBIANCO | ROBERT | 9161 | | | | | 2 MAN/CAR | | | DETAIL TO 214 |
| 1 | 17813 | McCALL | MATTHEW | 9161 | | X | | | 2 MAN/CAR | 8144 | 1154 | 232-233 |
| 1 | 04647 | McCOY | CLARENCE | 9161 | | | | | 2 MAN/CAR | 801 | 1154 | 232-233 |
| 1 | 14810 | McKENNA | JOHN | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 13292 | McNICHOLAS | MATTHEW | 9161 | | X | | | 2 MAN/CAR | | | |
| 1 | 12314 | NICHOLS | JAMES | 9161 | | X | | | | | | |
| 1 | 11193 | DUNEM Jr. | Lionel | 9161 | | | | | | | | |

**DISCIPLINARY CODES:** 75-SUSPENSION W/O PAY 76-SUSPENSION W/O PAY WORKING REGULAR D.O. 77-SUSPENSION OPTION 77-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.) 78-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY OR PAYING IN LIEU OF D.O.) 79-SUMMARY PUNISHMENT W/O PAY 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF 81-DAY OFF COMP. TIME 82-ANNUAL VACATION 83-SICKNESS 84-SICKNESS INJURED NOT ON DUTY 85-INJURED ON DUTY 86-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) 87-EXCUSED W/O PAY-NO SUPV APPROVAL 88-MILITARY LEAVE 89-DAY-OFF HOLIDAY WITH PAY 90-BABY FURLOUGH DAY 91-PERSONAL DAY 92-EXCUSED W/O PAY-NO SUPV APPROVAL 93-MARRIAGE LEAVE 94-DUTY NON DISCIPLINARY 95-LEAVE OF ABSENCE

**TERMINATION CODES:** 96-RETIREMENT 97-RESIGNATION 98-DISCHARGED 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 03

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16220 | MICELI | ANTHONY | X | 9161 | | | | | 2 MAN/CAR | 9533 | 1131 | 2322-J73 |
| 1 | 13560 | MONSALVO | JAIME | X | 9161 | | | X | J.Whyme | 2 MAN/CAR | | | |
| 1 | 15183 | NIKOLAKAKIS | DIMITRIOS | | 9161 | 8082 | X | 31 CU | | 2 MAN/CAR | | | |
| 1 | 1494 | PANGTHLOCAS | GEORGE | X | 9161 | | | | | 2 MAN/CAR | | 1/21 | DETAIL TO 214 |
| 1 | 16432 | PARKS | PAUL | X | 9161 | | | | | 2 MAN/CAR | 9598 | | |
| 1 | 07923 | POWERS | PAUL | X | 9161 | | | SV | | 2 MAN/CAR | 9531 | 1/23 | 2322-J73 |
| 1 | 12850 | RIEMER | DANIEL | X | 9161 | | | SV | EDITH | 2 MAN/CAR | | | DETAIL TO 214 |
| 1 | 07851 | ROGUS | WILLIAM | X | 9161 | | | SV | EDITH | 2 MAN/CAR | | 1/33 | 2322-J73 |
| 1 | 12916 | ROTH | ROBERT | X | 9161 | | | SV | | 2 MAN/CAR | | 1/31 | DETAIL TO 214 |
| 1 | 03927 | SANDOVAL | PAUL | | 9161 | | X | SV | WOODY | 2 MAN/CAR | | 1/24 | 2322-J73 |
| 1 | 08032 | SCHWIEGER | ELIZABETH | | 9161 | | X | SV | WOODY | 2 MAN/CAR | | | |
| 1 | 02792 | SERRANO | OSCAR | X | 9161 | | | | On | 2 MAN/CAR | | | |
| 1 | 12982 | SOTO | SAUL | X | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 06350 | WATSON | GRAYLIN | X | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 15469 | WELLER | KENNETH | X | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 07035 | WHITE | CEDRIC | X | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 08990 | WOODS | JIMMY | X | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 08681 | WORTHAM | KEVIN | X | 9161 | | | | | 2 MAN/CAR | | | |
| 1 | 03747 | ZAPATA | JOSHUA | | 9161 | | | | | 1 MAN/CAR | | | DETAIL TO 543 |
| 1 | 15642 | JONES | EDDIE | | 9161 | | | | | SQUADROL | | | DETAIL TO 153 |
| 1 | 09080 | MC DONALD | DERRICK | | 9161 | | | | | B in Tac | | 1/22 | |
| 1 | 07156 | BARTKOWICZ | WILLIAM | | 9161 | | | | B in Task | | 768 | 2730-J73 |
| 1 | 1054 | ENGZKA | PAWEL | | 9161 | | | | | | | | |
| 1 | 1144 | STECHER | ROBERT | | 9161 | | | | | | | | |

**DISCIPLINARY CODES:** 75-SUSPENSION W/O PAY; 76-SUSPENSION W/O PAY WORKING REGULAR D.O.; 77-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.); 78-SUMMARY PUNISHMENT W/O PAY (INCL. SUMMARY PUNISHMENT WORKING IN LIEU OF D.O.); 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF; 81-DAY OFF COMP. TIME; 82-ANNUAL VACATION; 83-FURLOUGH OPTION; 84-SICKNESS INJURED NOT ON DUTY; 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY); 86-DEATH IN FAMILY; 87-MATERNITY LEAVE; 88-MARRIAGE LEAVE; 89-JURY DUTY; 90-BABY FURLOUGH DAY; 91-PERSONAL DAY; 92-EXCUSED W/O PAY-NO SUPV APPROVAL; 93-MILITARY DUTY; 94-DAY OFF HOLIDAY WITH PAY; 95-LEAVE OF ABSENCE; 96-INJURED ON DUTY; 88-EXCUSED FROM DUTY NON DISCIPLINARY

**TERMINATION CODES:** 96-RETIREMENT; 98-DISCHARGED; 99-DEATH

**SIGNATURE OF WATCH COMMANDER, UNIT HEAD:** [signature]

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180  **DATE** 28 JUN 06  **PAGE** 04

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06422 | SKORNOG | CURTIS | X | 9161 | | 8082 | | | SQUADROL | 636 | 1171 | 733→136 |
| 1 | 11164 | ACOSTA | MARIO | X | 9161 | | | | | POLICE OFFICER | | 1134 | |
| 1 | 19618 | ALFARO | HECTOR | | 9161 | | | SI | | POLICE OFFICER | | | DETAIL TO 111 |
| 1 | 12628 | BRYANT | DANA | X | 9161 | | | | | ASST. DESK SGT. | 7112 | 1134 | SICK 2035 |
| 1 | 17636 | POKOJOWCZYK | RONALD | X | 9161 | | | | | PO IN TRAINING | 6305 | 1151 | DETAIL FR 042 |
| 1 | 10352 | BILES | ELGIN | X | 9161 | | | | | PO IN TRAINING | 6711 | 1103 | DETAIL FR 042 |
| 1 | 19039 | DEANES | COREY | X | 9161 | | | | | PO IN TRAINING | 9533 | 135 | DETAIL FR 042 |
| 1 | 14725 | DOHERTY | BRIAN | X | 9161 | | | | | PO IN TRAINING | 8651 | 1133 | DETAIL FR 042 |
| 1 | 16872 | KALINOWSKI | ANDREW | X | 9161 | | | | | PO IN TRAINING | 7343 | 110 | DETAIL FR 042 |
| 1 | 12858 | LINKER | NICHOLAS | X | 9161 | | | | | PO IN TRAINING | 7359 | | DETAIL FR 042 |
| 1 | 11696 | MAHADEO | ALEJANDRA | X | 9161 | | | | | DETAILED OUT | | | DETAIL TO 376 |
| 1 | 00924 | MURPHY | GERARD | | 9171 | | | | | DETAILED IN | | | DETAIL FR 166 |
| 1 | 10918 | METTE | MICHAEL | | 9161 | | X | | | DETAILED IN | | | DETAIL TO 166 |
| 1 | 04758 | ROBERTS | WILHELMIN | | 9161 | | X | SI | | DETAILED IN | | | DETAIL TO 276 |
| 1 | 08776 | WILLIAMS | KATHERINE | | 9161 | | X | SI | | PO/FIELD TRNING | | | |
| 1 | 18237 | CHASE | ROBERT | | 9164 | | | | | PO (PER ARBITRAT) | | | |
| 1 | 10416 | LEVENSBAUM | SUZANNE | | 9164 | | | | | DETENTION AIDE | | | |
| 1 | 17606 | BROWN | DARNELLA | | 9155 | | | | | DETENTION AIDE | | | 2400-0800 |
| | | DANIELS | DARIUS | | 9122 | | | | | DETENTION AIDE | | | |
| | | HARVEY | MCRELL | | 9122 | | X | | | DETENTION AIDE | | | 2400-0800 |
| | | HENRY | LAURA | | 9122 | | X | | | DETENTION AIDE | | | |
| 1 | 50294 | NIX | MICHELLE | | 9122 | | | X | WATCH TOTL 0088 | DETENTION AIDE | | | |

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 05

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF / OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 00015 | AGUINAGA | RICHARD | X | 9175 | [redacted] | | | CAPTAIN | | 1199 | 0600-1500hrs 0900-1500 |
| 2 | 00380 | JACKSON | JAMES | X | 9172 | | | | COMMANDER | | | 0900-1500 |
| 2 | 00682 | O SULLIVAN | DIANE | | 9173 | | | | FIELD LIEUT | | | |
| 2 | 01323 | BARNES | MAURICE | X | 9171 | | | | SUPV SERGEANT | | | 0900-1730hrs |
| 2 | 01233 | COLEMAN | LAURENCE | X | 9171 | | | | SUPV SERGEANT | | | |
| 2 | 01454 | DALY | CHARLES | | 9171 | | 51 | | SUPV SERGEANT | | | |
| 2 | 02119 | ELLISON | JACQUELIN | | 9171 | | | | SUPV SERGEANT | | | |
| 2 | 01656 | HARB | NELLIE | X | 9171 | | | | SUPV SERGEANT | 7107 | 0900-1730hrs | DETAIL TO 121 |
| 2 | 01341 | HOGAN | THOMAS | | 9171 | | 51 | | SUPV SERGEANT | | | DETAIL TO 214 |
| 2 | 00601 | JONES | JAMES | | 9173 | | | | LIEUTENANT | 1190 | 0900-1730hrs | DETAIL TO 133 |
| 2 | 01999 | MAPLES JR | JOHN | X | 9171 | | 51 | | SUPV SERGEANT | 7343 1110 0700-1530hrs | 710 | |
| 2 | 01026 | MASTERSON | JERRY | | 9171 | | 51 | | SUPV SERGEANT | | | |
| 2 | 02275 | SORIA | SANDRA | X | 9171 | | | | SUPV SERGEANT | 1101 0000-1700hrs | | |
| 2 | 02669 | STUBBE | JAMES | | 9171 | | X | | SUPV SERGEANT | | | |
| 2 | 01386 | TERRY | YVONNE | | 9171 | | X | | SUPV SERGEANT | | | |
| 2 | 01351 | WARLING | EUGENE | | 9171 | | X | | SUPV SERGEANT | | | |
| 2 | 12861 | ABRON | FLOYD | | 9161 | | | | 2 MAN/CAR | | | |
| 2 | 13800 | CAPERS | LATONYA | | 9161 | | | | 2 MAN/CAR | | | |
| 2 | 16629 | FRACTION | NICHELLE | | 9161 | | | | 2 MAN/CAR | | | |
| 2 | 05137 | GREEN | JAMES | | 9161 | | | | 2 MAN/CAR | | | |
| 2 | 05368 | HENRY | RICHARD | | 9161 | | | | 2 MAN/CAR | 1170S 0730-1530hrs | | |
| 2 | 09377 | KILLACKEY III | JOHN | | 9161 | | 51 | | 2 MAN/CAR | | | DETAIL TO 606 |

**DISCIPLINARY CODES:** 75-SUSPENSION W/O PAY WORKING REGULAR D.O. / 75-SUSPENSION W/O PAY (AS ORDERED BY I.A.D.) / 76-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT) / 77-EXCUSED FROM DUTY W/O PAY (WORKING IN LIEU OF D.O.) / 78-SUMMARY PUNISHMENT W/O PAY / 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF / 81-DAY OFF COMP. TIME / 82-SUSPENSION W/O PAY / 83-ANNUAL VACATION / 84-SICKNESS INJURED NOT ON DUTY / 84-INJURED ON DUTY / 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) / 51-PERSONAL DAY / 86-DEATH IN FAMILY / 87-MILITARY LEAVE / 88-JURY DUTY / 89-EXCUSED FROM DUTY NON DISCIPLINARY / 90-BABY FURLOUGH DAY / 92-EXCUSED W/O PAY/NO SUPV APPROVAL / 93-MARRIAGE LEAVE / 94-HOLIDAY / 95-LEAVE OF ABSENCE

**TERMINATION CODES:** 96-RETIREMENT / 97-RESIGNATION / 98-DISCHARGED / 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: [signature]

CPD-11.608 REV. 8/91

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 06

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 15224 | LIPINSKI | TINA | X | 9161 | 8082 | | | | 2 MAN/CAR | 9532 | 1133 | 0700-1530HRS |
| 2 | 1028 | PENA | LUIS | X | 9161 | | | | | 2 MAN/CAR | 8459 | 1111 | 0700-1530HRS |
| 2 | 17600 | PEPLINSKI | RICHARD | X | 9161 | | | | | 2 MAN/CAR | | 1102 | 0530-1530HRS |
| 2 | 6613 | PHILBEN | TIMOTHY | X | 9161 | | | | | 2 MAN/CAR | | 1102 | |
| 2 | 12200 | REED | DARIUS | X | 9161 | | | 8) 8 hrs OT | | 2 MAN/CAR | | | |
| 2 | 07314 | ROSA | MERCEDES | X | 9161 | | | | Full Duty 75CL | 2 MAN/CAR | 9508 | 1125 | 0700-1530HRS |
| 2 | 12896 | SAMSON | MICHAEL | X | 9161 | | | | | 2 MAN/CAR | 6200 | 1171 | 0700-1530HRS |
| 2 | 12668 | SANTANA | MOISES | X | 9161 | | X | | | 2 MAN/CAR | | | |
| 2 | 17856 | SPEARMAN | TAHANI | X | 9161 | | X | | | 2 MAN/CAR | | | |
| 2 | 1361 | VEGA | GERARDO | X | 9161 | | X | 83 SP | | 2 MAN/CAR | | | |
| 2 | 12788 | ALLEN | KEVIN | X | 9161 | | X | | | 1 MAN/CAR | | | |
| 2 | 07276 | BANKS | DONALD | X | 9161 | | X | | | 1 MAN/CAR | | | |
| 2 | 12102 | BANSLEY | EDWARD | X | 9161 | | | | | 1 MAN/CAR | 9337 | 1104 | 0700-1530HRS |
| 2 | 07847 | BAUMANN | ANTHONY | X | 9161 | | | | | 1 MAN/CAR | | | 0800-1600 hrs |
| 2 | 05023 | BRIGGS | RUSSELL | X | 9161 | | | 8) 8 hrs OT | | 1 MAN/CAR | | | |
| 2 | 08506 | BROWN | SHARON | X | 9161 | | | | | 1 MAN/CAR | | | |
| 2 | 18850 | BRUNO | MARCO | X | 9161 | | | | | 1 MAN/CAR | | | |
| 2 | 17833 | BUSTOS JR | FROILAN | X | 9161 | | | | | 1 MAN/CAR | 11060 | 0500-1530 HRS | |
| 2 | 10901 | BUTLER | RODNEY | X | 9161 | | | | | 1 MAN/CAR | 9511 | 1613 | 0700-1530 HRS |
| 2 | 09793 | BUZELLI | JANET | X | 9161 | | | | | 1 MAN/CAR | | | |
| 2 | 05838 | CERVANTES | ARCELIA | X | 9161 | | | | | 1 MAN/CAR | | | |
| 2 | 04476 | CHICZEWSKI | KATIE | X | 9161 | | | | | 1 MAN/CAR | | | |

**DISCIPLINARY CODES:**
75-SUSPENSION W/O PAY
76-SUSPENSION W/O PAY WORKING REGULAR D.O.
77-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)
78-SUMMARY PUNISHMENT W/O PAY (INCL. SUMMARY PUNISHMENT WORKING IN LIEU OF D.O.)
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENT CODES:**
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-SICKNESS INJURED NOT ON DUTY
84-DAY-OFF HOLIDAY
85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
86-DEATH IN FAMILY
87-MILITARY LEAVE
88-JURY DUTY
89-EXCUSED FROM DUTY NON DISCIPLINARY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-EXCUSED W/O PAY-NO SUPV. APPROVAL
93-MARRIAGE LEAVE
94-DAY-OFF HOLIDAY WITH PAY
95-LEAVE OF ABSENCE

**TERMINATION CODES:**
96-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.605 (REV. 6/81)

D000006

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON
**PAYROLL NO.** 1180  **DATE** 28 JUN 06  **PAGE** 07

| WATCH | STAR NO. | NAME | | | PRESENT FOR DUTY / TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH / ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 12121 | COLLINS JR | PHILLIP | | 9161 | ■ | | 51 | | 1 MAN/CAR | | 1173 0730-1530hrs | DETAIL TO 213 |
| 2 | 13877 | CONWAY | TERRI | | 9161 | ■ | X | | | 1 MAN/CAR | | | ASSIGNED DESK RESERVED 0600-1400hrs |
| 2 | 17296 | CURIEL | RENE | | 9161 | ■ | X | | | 1 MAN/CAR | | 1102 | ASSIGNED TO FOOT ASSIGNED TO FOOT 0600-1400hrs |
| 2 | 06795 | DELUCA | NICOLE | | 9161 | ■ | X | | | 1 MAN/CAR | | | |
| 2 | 05211 | ESPINOSA | JESUS | | 9161 | ■ | X | | | 1 MAN/CAR | | | |
| 2 | 04170 | FARINA | MELISSA | | 9161 | ■ | | 51 | | 1 MAN/CAR | | | DETAIL TO 214 |
| 2 | 05049 | FRON | KEVIN | | 9161 | ■ | X | | | 1 MAN/CAR | | 9440 145 0900-1730hrs | |
| 2 | 05130 | GALLEGOS | ALEJANDRO | | 9161 | ■ | | 51 | | 1 MAN/CAR | | | DETAIL TO 214 |
| 2 | 09694 | GANNON JR | THOMAS | | 9161 | ■ | X | | | 1 MAN/CAR | | | |
| 2 | 13908 | GAWLICKI | LISA | | 9161 | ■ | | | | 1 MAN/CAR | | | |
| 2 | 18570 | GAYTAN | JOSE | | 9161 | ■ | | 51 | | 1 MAN/CAR | | | DETAIL TO 116 |
| 2 | 18213 | HOWARD | TERRY | | 9161 | ■ | X | | | 1 MAN/CAR | | 1000 1730hrs | |
| 2 | 12088 | HUDSON | JULIA | | 9161 | ■ | X | | | 1 MAN/CAR | | 2095 1192 0600-1400hrs | |
| 2 | 16463 | ISAKSON | ROY | | 9161 | ■ | X | | | 1 MAN/CAR | | 2346 1193 0600-1400hrs | |
| 2 | 10364 | JANDA | STEVEN | | 9161 | ■ | | | | 1 MAN/CAR | | 8973 1300hrs | |
| 2 | 08238 | JOZEFOWICZ | DEANNA | | 9163 | ■ | | | | 1 MAN/CAR | | 4451 1300hrs 8856 2030hrs | |
| 2 | 16411 | KELLY | PATRICK | | 9161 | ■ | | | | 1 MAN/CAR | | | |
| 2 | 17243 | KWASNISKI | MARK | | 9161 | ■ | | | | 1 MAN/CAR | | | |
| 2 | 05809 | LEWIS | BERT | | 9161 | ■ | | | | 1 MAN/CAR | | | |
| 2 | 06731 | MARCHEWSKI | JOSEPH | | 9161 | ■ | | | | 1 MAN/CAR | | | |
| 2 | 06785 | MAXSON | MARK | | 9161 | ■ | | | | 1 MAN/CAR | | | |
| 2 | 94122 | MAXWELL | LLOYD | | 9161 | ■ | | 94 300 | | 1 MAN/CAR | | | |

**DISCIPLINARY CODES:**
75-SUSPENSION W/O PAY
75A-SUSPENSION OPTION WORKING REGULAR D.O.
76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY L.R.D.)
77-SUSPENDED FROM DUTY W/O PAY INC SUMMARY PUNISHMENT W/O PAY
78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-MILITARY LEAVE
84-SICKNESS INJURED NOT ON DUTY
85-INJURED ON DUTY
86-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
87-EXCUSED W/O PAY-NO SUPV APPROVAL
88-DEATH IN FAMILY
89-EXCUSED FROM DUTY NON DISCIPLINARY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-MARRIAGE LEAVE
93-HOLIDAY WITH PAY
94-LEAVE OF ABSENCE

**TERMINATION CODES:**
95-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: *[signature] Capt. Williams #15*

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON
**PAYROLL NO.** 1180 **DATE** 28 JUN 06 **PAGE** 08

| WATCH | STAR NO. | NAME | | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH / ADDITIONAL ASSIGNMT., EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 06756 | MC CLAY | DARRELL | 9161 | ▓ | 8082 | | | 1 MAN/CAR | | 1755 | 0730-1530hrs |
| 2 | 3024 | MIRANDA | ALEJANDRO | 9161 | ▓ | | X | | 1 MAN/CAR | | 1141 | 0700-1530hrs |
| 2 | 18966 | MIUCIN | ZORAN | 9161 | ▓ | | | 91 Pind Cal | 1 MAN/CAR | | 1765 | 0730-1530hrs |
| 2 | 12683 | MOCK | LLOYD | 9161 | ▓ | | | | 1 MAN/CAR | | 1185 | 0700-1530hrs |
| 2 | 16363 | MOORE | DIANE | 9161 | ▓ | | | | 1 MAN/CAR | | 9348 1131 | 0700-1530hrs |
| 2 | 03874 | NELSON | ROSALINDA | 9161 | ▓ | | | | 1 MAN/CAR | | 9757 1132 | 0800-1630hrs |
| 2 | 17376 | OCAMPO | ADAM | 9161 | ▓ | | X | | 1 MAN/CAR | | 1026 11060 | 0700-1530hrs |
| 2 | 1645 | PASCUA | DAVID | 9161 | ▓ | | | 84 IOD | 1 MAN/CAR | | | |
| 2 | 05470 | PAWLAK | JEFFERY | 9161 | ▓ | | | | 1 MAN/CAR | | 9202 1113 | 0700-1530hrs |
| 2 | 05065 | PEACOCK | SYLVIA | 9161 | ▓ | | X | | 1 MAN/CAR | | 7615 1131 | 0700-1530hrs reverse sting |
| 2 | 15791 | PEREZ | DAVID | 9161 | ▓ | | | | 1 MAN/CAR | | 1060 | 1830hrs |
| 2 | 10783 | PERNELL | NAUDIA | 9161 | ▓ | | | | 1 MAN/CAR | | | Detail to 140 |
| 2 | 12473 | PLACENCIA JR | ROGELIO | 9161 | ▓ | | X | | 1 MAN/CAR | | | |
| 2 | 1397 | POPPISH | EDWARD | 9161 | ▓ | | | | 1 MAN/CAR | | 8305 1135 | 0700-1530hrs |
| 2 | 11570 | POWELL | GARY | 9161 | ▓ | | | | 1 MAN/CAR | | | |
| 4 | 13640 | PRONEK | ANGELA | 9161 | ▓ | | | | 1 MAN/CAR | | | |
| 2 | 08323 | PURVIS | ROBERT | 9161 | ▓ | | | | 1 MAN/CAR | | | |
| 2 | 15607 | RADOVICH | MILUTIN | 9161 | ▓ | | | | 1 MAN/CAR | | | |
| 2 | 19684 | RHEIN | CHARLES | 9161 | ▓ | | | | 1 MAN/CAR | | | |
| 2 | 07852 | ROBINSON | EUGENE | 9161 | ▓ | | | | 1 MAN/CAR | | | |
| 2 | 15079 | ROBINSON | SAMMIE | 9161 | ▓ | | | | 1 MAN/CAR | | | 0700-1500hrs |
| 2 | 5393 | ROSE | ANNIE | 9161 | ▓ | | | | | | | |

DISCIPLINARY CODES: 76-SUSPENSION W/O PAY; 74-SUSPENSION W/O PAY WORKING REGULAR D.O.; 75-SUSPENSION OPTION; 77-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.); 78-EXCLUDED FROM DUTY W/O PAY INCL. SUMMARY; 79-SUMMARY PUNISHMENT W/O PERMISSION IN LIEU OF D.O.; 71-ABSENT WITHOUT PERMISSION W/O PAY

ABSENCE CODES: 80-DAY OFF; 81-DAY OFF COMP. TIME; 82-DAY OFF COMP; 83-ANNUAL VACATION; 84-SICKNESS INJURED NOT ON DUTY; 85-SICKNESS IN FAMILY SWORN MEMBERS ONLY; 91-PERSONAL DAY; 92-DEATH IN FAMILY; 93-MILITARY LEAVE; 94-MARRIAGE LEAVE; 95-DAY OFF HOLIDAY WITH PAY; 86-INJURED ON DUTY; 87-SICKNESS INJURED; 88-DAY OFF COMP TIME NON DISCIPLINARY; 89-EXCUSED FROM DUTY NON DISCIPLINARY; 90-BABY FURLOUGH DAY; 96-LEAVE OF ABSENCE

TERMINATION CODES: 96-RETIREMENT; 97-RESIGNATION; 98-DISCHARGED; 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.605 (REV. 9/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 09

| WATCH | STAR NO. | NAME |  | TITLE CODE | PRESENT FOR DUTY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMENT EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 11338 | ROSITO | ATILIO | 9161 |  | 8082 |  |  | 1 MAN/CAR |  | 9739 | 1154 0900-1730 HRS |
| 2 | 05780 | RUFLIN | TASHA | 9161 | X |  |  |  | 1 MAN/CAR |  |  | 0900-1000 hrs ASSIGNED TO K |
| 2 | 12404 | SHEPARD | MARCUS | 9161 | X |  |  |  | 1 MAN/CAR |  | 1602 | 0800-1400 hrs |
| 2 | 09589 | STICH | STEVEN | 9161 | X |  |  |  | 1 MAN/CAR |  |  |  |
| 2 | 05203 | SIMPSON-OWENS | VALENCIA | 9161 | X |  |  |  | 1 MAN/CAR |  | 7634/1123 | 0800-1400 HRS |
| 2 | 17955 | SINGLETON | LONNIE | 9161 |  |  |  |  | 1 MAN/CAR |  |  | DETAIL TO 214 |
| 2 | 07844 | SMITH | WILLIAM | 9161 | X |  | 51 |  | 1 MAN/CAR |  |  |  |
| 2 | 17941 | STANFIELD | DARRELL | 9161 | X |  |  |  | 1 MAN/CAR |  | 11816 | 0800-1430 hrs |
| 2 | 18324 | TOLIVER JR | LEROY | 9161 | X |  |  | EXCUSED 0630 | 1 MAN/CAR |  | 11814 | 0800-MID PM 1005-7SE HRS |
| 2 | 05081 | VELAZQUEZ | SATURNINO | 9161 | X |  |  |  | 1 MAN/CAR |  | 9325 1113 | 0800-1630 HRS |
| 2 | 19191 | WARNECKE | VIRGINIA | 9161 | X |  |  |  | 1 MAN/CAR |  | 85894 1127 | 0800-1630 HRS |
| 2 | 17444 | WARREN | DANIEL | 9161 | X |  |  | 2 RUN 2.5 MILE EXT OF TOUR | 1 MAN/CAR |  | 11785 | 0730-1530 HRS |
| 2 | 06085 | WILLIAMS | ERIC | 9161 | X |  |  |  | 1 MAN/CAR |  | 11783 | 0900-1600 HRS |
| 2 | 06835 | WILLIAMS | RICKEY | 9161 | X |  |  |  | SQUADROL |  | 6206/1171 | 0700-1530 HRS |
| 2 | 17742 | RUTKOWSKI | CHARLES | 9161 |  |  |  |  | NEIGHBOR RELATIO |  |  |  |
| 2 | 18357 | McFARLAND | SHEILA | 9161 |  |  |  |  | POLICE OFFICER |  |  | DETAIL TO 121 |
| 2 | 17561 | BEIRNE | STEPHEN | 9161 |  |  | 51 |  | POLICE OFFICER |  |  | 0800-1600 |
| 2 | 5625 | BLUNT | RITA | 9161 |  |  | 51 |  | POLICE OFFICER |  |  | 0800-1000 |
| 2 | 14562 | BROWN | JASON | 9161 |  |  |  |  | POLICE OFFICER |  |  | DETAIL TO 193 |
| 2 | 12422 | CAWLEY | JOHN | 9161 |  |  |  |  | POLICE OFFICER |  |  | DETAIL TO 15 |
| 2 | 06211 | CEPHAS | FLORENCE | 9161 |  |  |  |  | POLICE OFFICER |  |  | 0800-1600 |
| 2 | 5306 | LAZZARA JR | SALVATORE | 9161 |  |  |  |  | POLICE OFFICER |  |  | 0600-1400 |

**DISCIPLINARY CODES:** 75-SUSPENSION W/O PAY; 75A-SUSPENSION OPTION WORKING REGULAR D.O.; 76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.); 77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O WORKING IN LIEU OF D.O.); 78-SUMMARY PUNISHMENT W/O PAY; 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF; 81-DAY OFF COMP. TIME; 82-ANNUAL VACATION; 83-SICKNESS (INJURED NOT ON DUTY); 84-INJURED ON DUTY; 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY); 86-DEATH IN FAMILY; 87-MILITARY LEAVE; 88-JURY DUTY; 89-EXCUSED FROM DUTY NON DISCIPLINARY; 90-BABY FURLOUGH DAY; 91-PERSONAL DAY; 92-EXCUSED W/O PAY-NO SUPV APPROVAL; 93-MARRIAGE LEAVE; 94-DAY-OFF HOLIDAY WITH PAY; 95-LEAVE OF ABSENCE

**TERMINATION CODES:** 96-RETIREMENT; 97-RESIGNATION; 98-DISCHARGED; 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: [signature]

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 10

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 04284 | LIUTKUS | ANTANAS | | 9161 | | 8082 | | | POLICE OFFICER | | | DETAIL TO 167 |
| 2 | 15177 | PATERNO | CHRISTOPH | | 9161 | | | 51 | | POLICE OFFICER | | | DETAIL TO 50 |
| 2 | 10454 | PERRY | LA DONNA | X | 9161 | | | | | POLICE OFFICER | | | 0800-1600 |
| 2 | 06714 | RANDLE JR | EDDIE | | 9161 | | | 51 | | POLICE OFFICER | | | DETAIL TO 193 |
| 2 | 07483 | ROBINS | GURVICE | | 9161 | | | 51 | | POLICE OFFICER | | | 0800-1600 |
| 2 | 15036 | ROGAN | TIPPI | X | 9161 | | | | | POLICE OFFICER | | | 0800-1700 |
| 2 | 09376 | THOMPSON | MONIQUE | X | 9161 | | | 83 SP | | POLICE OFFICER | | | 0900-1700 |
| 2 | 17502 | WARREN | GWENDOLYN | X | 9161 | | | | | CLERICAL | | | |
| 2 | 09501 | LEWIS | FRANCIS | | 9161 | | | 51 | | MISC POST | | | DETAIL TO 168 |
| 2 | | WATTS | SHEILA | X | 0985 | | | | | ASST. DESK SGT. | | | |
| 2 | 07341 | BARNEY | CAMILLE | | 9161 | | | | X | LOCKUP KEEPER | | | |
| 2 | 04077 | ELLIOTT | VALERIE | X | 9161 | | | | | LOCKUP KEEPER | | | 0630-1330hrs |
| 2 | 03332 | FOSTER | DENISE | X | 9161 | | | | | WARRANT OFFICER | | | 0800-1600hrs |
| 2 | 07725 | MATTHEWS | ERROL | X | 9161 | | | | | REVIEW OFFICER | | | 0800-1600hrs |
| 2 | 10478 | GRANNES | WILLIAM | | 9161 | | | | | PO ACADEMY STAFF | | | DETAIL TO 124 |
| 2 | 06931 | TAYLOR-JORDAN | GISELLE | | 9161 | | | 51 | | PO ACADEMY STAFF | | | DETAIL TO 124 |
| 2 | 07219 | BRENNAN | PATRICK | | 9161 | | | 51 | | PO ACADEMY STAFF | | | DETAIL TO 124 |
| 2 | 05776 | DOYLE | PATRICK | | 9161 | | | | | PO IN TRAINING | | | |
| 2 | 05697 | LYONS | MEGAN | | 9161 | | | | | PO IN TRAINING | | | |
| 2 | 15581 | FREGOSO | ANTONIO | | 9161 | | | | | SGT IN TRAINING | | | |
| 2 | 00849 | KUSAR | JOSEPH | | 917_ | | | | | | | | |
| 2 | 07398 | LAFRANCIS | CHRISTOPH | | 916_ | | | | | PO IN TRAINING | | | DETAIL FR 044 |

**DISCIPLINARY CODES:**
- 75-SUSPENSION W/O PAY
- 75A-SUSPENSION W/OPTION WORKING REGULAR D.O.
- 76-DAY OFF W/O PAY (AS ORDERED BY I.A.D.)
- 77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT)
- 78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)
- 79-ABSENT WITHOUT PERMISSION, W/O PAY

**ABSENCE CODES:**
- 80-DAY OFF
- 81-DAY OFF COMP. TIME
- 82-ANNUAL VACATION
- 83-SIGNED INJURED NOT ON DUTY
- 84-INJURED ON DUTY
- 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
- 86-DEATH IN FAMILY
- 87-HOLIDAY LEAVE
- 88-JURY DUTY
- 89-EXCUSED FROM DUTY NON DISCIPLINARY
- 90-BABY FURLOUGH DAY
- 91-PERSONAL DAY
- 92-EXCUSED W/O PAY-NO SUPV APPROVAL
- 93-MILITARY LEAVE
- 94-MARRIAGE LEAVE
- 98-DAY OFF HOLIDAY WITH PAY
- 99-LEAVE OF ABSENCE

**TERMINATION CODES:**
- 96-RETIREMENT
- 97-RESIGNATION
- 98-DISCHARGED
- 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: _[signature]_

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON
**PAYROLL NO.:** 1180  **DATE:** 28 JUN 06  **PAGE:** 11

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY TITLE CODE | SOCIAL SECURITY | DAY OFF 8082 | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 13822 | MITCHELL | BRIDGET | 9161 | | | | | PO IN TRAINING | | | DETAIL FR 044 |
| 2 | 12561 | RYSZKA | PAWEL | 9161 | | | | | PO IN TRAINING | | | DETAIL FR 044 |
| 2 | 19573 | STASKIEWICZ | STEVE | 9161 | | | X | 84 100 | PO IN TRAINING | | | DETAIL FR 044 |
| 2 | 8725 | VALTERS | MALCOLM | 9161 | | | X | 83 EXPLAIN | PO IN TRAINING | | | DETAIL FR 010 |
| 2 | 03095 | CRAIG | NIAGARA | 9161 | | | 51 | | DETAILED OUT | | | DETAIL TO 376 |
| 2 | 14228 | CUATCHON | ZACHARY | 9161 | | | 51 | | DETAILED OUT | | | DETAIL TO 127 |
| 2 | 09707 | HARRIS | TOMMIE | 9161 | | | 51 | | DETAILED OUT | | | DETAIL TO 168 |
| 2 | 10135 | JACKSON | MATTHEW | 9161 | | | 51 | | DETAILED IN | | | DETAIL TO 376 |
| 2 | | RYAN | SEAN | 9161 | | | 51 | | DETAILED IN | | | DETAIL TO 133 |
| 2 | 03334 | ESPINO | ROBERT | 9161 | | | 51 | | DETAILED IN | | | DETAIL TO 166 |
| 2 | 10101 | SKORODYNSKI | MICHAEL | 9161 | | | 51 | | DETAILED IN | | | DETAIL TO 606 |
| 2 | 05084 | GARCIA | CHARLES | 9161 | | | 51 | | P.O. DIST TACT | | | DETAIL TO 606 |
| 2 | 04663 | HAIDARI | MASUD | 9161 | | | 51 | | P.O. DIST TACT | | | DETAIL TO 189 |
| 2 | 7836 | LOPEZ | JORGE | 9161 | | | 51 | | P.O. DIST TACT | JUN 28 06 | | DETAIL TO 608 |
| 2 | 19100 | RODRIGUEZ | ERIK | 9161 | | | 51 | | PO/FIELD TRNING | | | |
| 2 | 12557 | BRYJA | JOHN | 9164 | | X | | | PO/FIELD TRNING | 9040 1115 | 0700-1530hrs | |
| 2 | 15452 | GARDNER | RODERICK | 9164 | | | | 94 100 | PO/FIELD TRNING | 7363 1114 | 0800-1630hrs | |
| 2 | 17705 | TOMASIK SR | RONALD | 9164 | | | | | PO/FIELD TRNING | | | |
| 2 | 06846 | WESSON | DARRELL | 9164 | | | | | | | | DETAIL TO 608 |
| 2 | 8683 | SCOTT II | MILTON | 9161 | X | | 51 | | JTF TASK FORCE | | 0600-1430hrs | |
| 2 | | GARDNER | JOYCE | 9122 | X | | | | DETENTION AIDE ASSIGNMT UNKNOWN | 11011606 | 0633-1430hrs | |
| 2 | 15231 | GONZALEZ | EDUARDO | 9161 | X | | | | ASSIGNMT UNKNOWN | | | |

**DISCIPLINARY CODES:**
75-SUSPENSION W/O PAY
75A-SUSPENSION W/O PAY WORKING REGULAR D.O.
76-WORKING DUTY OPTION W/O PAY (AS ORDERED BY I.A.D.)
77-EXCUSED FROM DUTY W/O PAY (INCL SUMMARY PUNISHMENT W/O PAY)
78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-SICKNESS INJURED NOT ON DUTY
84-INJURED ON DUTY
85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
86-DEATH IN FAMILY
87-MILITARY LEAVE
88-MARRIAGE LEAVE
89-DAY OFF HOLIDAY WITH PAY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-EXCUSED W/O PAY-NO SUPV APPROVAL
93-EXCUSED FROM DUTY NON DISCIPLINARY
95-LEAVE OF ABSENCE

**TERMINATION CODES:**
96-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

**SIGNATURE OF WATCH COMMANDER OR UNIT HEAD:** [signature]

CPD-11.609 (REV. 8/91)

# CHICAGO POLICE DEPARTMENT
## ATTENDANCE & ASSIGNMENT RECORD

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 12

| WATCH | STAR NO. | NAME | | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ADDITIONAL ASSIGNT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 07490 | LIPKA | JOHN | 9161 | | 8082 | | | ASSIGNMT UNKNOWN | | | |
| 2 | 07100 | MURGUIA | HUMBERTO | 9161 | | | X | | ASSIGNMT UNKNOWN | | | DETAIL TO 142 |
| 2 | 17641 | ROUSSELL | ANNE | 9155 | | | | 84 500 | ASSIGNMT UNKNOWN | | | |
| 2 | 09608 | SANCHEZ | GEORGE | 9161 | | | X | 1STW | ASSIGNMT UNKNOWN | | | |
| 2 | 02006 | SPAGNOLA | MICHAEL | 9171 | | | 51 | | ASSIGNMT UNKNOWN | | | |
| 2 | 17435 | BURTIN | CRAIG | 9161 | | | 51 | | STREET LEVEL ENF | | | |
| 2 | 07542 | DOMICO JR | JEROME | 9161 | | | 51 | | STREET LEVEL ENF | | | DETAIL TO 189 |
| 2 | 06057 | KEARNS | DOMINICK | 9161 | | | 51 | | STREET LEVEL ENF | | | DETAIL TO 189 |
| 2 | 10424 | MILLER | LEMORNET | 9161 | | | 51 | | STREET LEVEL ENF | 7114 1134 | | DETAIL TO 189 |
| 2 | 06436 | REYES | MICHAEL | 9161 | | | 51 | | STREET LEVEL ENF | | | DETAIL TO 189 0900-1830HRS |
| 2 | 19339 | SINGLETON | SHAWN | 9161 | | | 51 | | STREET LEVEL ENF | | | DETAIL TO 189 |
| 2 | 07575 | SRISUTH | BOONSERM | 9161 | | | 51 | | BIKE PATROL | | | DETAIL TO 216 |
| 2 | 17809 | GATRELL | BRENDA | 9161 | | | 51 | | ADMIN MANAGER | | | DETAIL TO 004 |
| 2 | | BROWN | JUDITH | 0394 | | | 51 | | ADMIN MANAGER | | | DETAIL FR 004 |
| 2 | | COLLUM | JAMES | 0394 | | | 51 | | TIMEKEEPER-CPDXX | | | DETAIL FR 157 |
| 2 | | HOWARD | JOYCE | 0438 | | | | | TIMEKEEPER-CPDXX | | | 0900-1700 |
| 2 | | MC CLAIN | ROTUNDA | 0438 | | | | | DETENTION AIDE | | | 0900-1700 |
| 2 | | MALONE | ROSE | 9122 | | | | | DETENTION AIDE | | | |
| 2 | | RODRIGUEZ | LEONEL | 9122 | | | | | DETENTION AIDE | | | DETAIL TO 012 |
| 2 | | WARD | CHESTER | 9122 | | | | | | | | |
| 2 | 03023 | ALEXANDER | MARCIA | 9110 | | | | | SUPV OF CROSSING | 8251 | 1108 | 0700-1500HRS |
| 2 | | HAMILTON NATHAN | | | | | X | | | | | | |
| 2 | 906 | PEABODY ROBERT | | | | | X | | | | 1130 | 1107 0750-1530HRS |
| 2 | 9051 | BUCKLEY JERRY | | 9161 | | | | | | | | |

**DISCIPLINARY CODES:**
75-SUSPENSION W/O PAY  
75A-SUSPENSION OPTION WORKING REGULAR D.O.  
76-EXCUSED FROM DUTY W/O PAY AS ORD. BY L.A.D.J.  
77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT)  
78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)  
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**
80-DAY OFF  
81-DAY OFF COMP. TIME  
82-ANNUAL VACATION  
83-MARRIAGE LEAVE  
84-DUTY DUTY NON DISCIPLINARY  
85-EXCUSED FROM DUTY NON DISCIPLINARY  
86-BABY FURLOUGH DAY  
86-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) 91-PERSONAL DAY  
92-DEATH IN FAMILY  
93-MILITARY LEAVE  
94-DUTY DUTY EXCUSED W/O PAY WITH PAY  
95-LEAVE OF ABSENCE

**TERMINATION CODES:**
96-RETIREMENT  
97-RESIGNATION  
98-DISCHARGED  
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

# CHICAGO POLICE DEPARTMENT
## ATTENDANCE & ASSIGNMENT RECORD

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 13

| WATCH | STAR NO. | NAME | | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 00003 | HARTE | TERENCE | 9175 | | X | | | CAPTAIN | | 1109 | 1410 2ND |
| 3 | 00634 | ANDREWS | UDAH | 9173 | | X | | | FIELD LIEUT | | | |
| 3 | 01842 | GALLAGHER | MICHAEL | 9171 | | | 82SP | | SUPV SERGEANT | | | |
| 3 | 00515 | HLAVATY | DOREEN | 9173 | | X | | | LIEUTENANT | | | |
| 3 | 01434 | LASCH | ALAN | 9171 | | X | | | SUPV SERGEANT | 9491/1120 | 1611 073C | |
| 3 | 01939 | LITTLE | MATTHEW | 9171 | | X | | | SUPV SERGEANT | | | |
| 3 | 01717 | MANN | LISA | 9171 | | X | | TACT | SUPV SERGEANT | | DETAIL TO 214 | |
| 3 | 01005 | PARK | DAVID | 9171 | | | | 2ND | SUPV SERGEANT | | DETAIL TO 167 | |
| 3 | 00906 | PEABODY | ROBERT | 9171 | | | | | SUPV SERGEANT | | | |
| 3 | 02128 | TRUHLAR | JEFF | 9171 | | X | | | SUPV SERGEANT | 1106 1600-073C | | |
| 3 | 02381 | ZELITZKY | ADAM | 9171 | | | | | SUPV SERGEANT | 8581 1106 DET8060 2000-230 | | |
| 3 | 03947 | ANDERSON | DEBRA | 9161 | | | | | 2 MAN/CAR | 8584 1124 1600 C7030 | | |
| 3 | 12652 | BABICZ | ANTHONY | 9161 | | X | | | 2 MAN/CAR | 7675 1431 1500 2336 | | |
| 3 | 16138 | BARRERA | PEDRO | 9161 | | X | | | 2 MAN/CAR | 7200 1771 1500 2330 | | |
| 3 | 16887 | BECKMAN | NICK | 9161 | | | | | 2 MAN/CAR | 2668 1141 500 2330 | | |
| 3 | 09334 | BELUSO | ANDREW | 9161 | | X | | | 2 MAN/CAR | 7040 1115 1500 2336 | | |
| 3 | 07328 | BOONE | DARRYEL | 9161 | | X | | | 2 MAN/CAR | 7365 1001 1500 2331 | | |
| 3 | 14918 | CARLOS | ANTHONY | 9161 | | | | | 2 MAN/CAR | ALCOLSGH NCO-2200 | | |
| 3 | 11382 | CARLQUIST | BRIGID | 9161 | | X | | | 2 MAN/CAR | 1101 | | |
| 3 | 05068 | CARTER | RICO | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 07182 | CASTANEDA | BEATA | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 17181 | COBAR | VANESSA | 9161 | | | | | 2 MAN/CAR | | | |

**DISCIPLINARY CODES:**
71-SUSPENSION W/O PAY
71A-SUSPENSION OPTION WORKING REGULAR D.O.
71B-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)
77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY)
78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-SICKNESS INJURED NOT ON DUTY
84-INJURED ON DUTY
85-SICKNESS IN FAMILY SWORN MEMBERS ONLY
86-DEATH IN FAMILY
87-MILITARY LEAVE
88-JURY DUTY
89-EXCUSED FROM DUTY NON DISCIPLINARY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-EXCUSED W/O PAY-NO SUPV APPROVAL
93-MARRIAGE LEAVE
94-HOLIDAY
95-LEAVE OF ABSENCE

**TERMINATION CODES:**
96-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.505 (REV. 9/91)