# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180  **DATE** 28 JUN 06  **PAGE** 14

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 05224 | CORDERO | JUAN | | 9161 | | | X | | 2 MAN/CAR | | | |
| 3 | 11038 | CORONA | JOSEPH | | 9161 | | | X | | 2 MAN/CAR | | | |
| 3 | 02721 | COTHRAN | ALONZO | | 9161 | | | X | | 2 MAN/CAR | | | |
| 3 | 07564 | CZERNIAWSKI | FEODR | X | 9161 | | | | | 2 MAN/CAR | 1460 220 | | |
| 3 | 07843 | DEENIHAN | SEAN | X | 9161 | | | | | 2 MAN/CAR | 9757/1132 | 1600 0731 | |
| 3 | 14839 | DIEBALL | CHRIS | X | 9161 | | | | | 2 MAN/CAR | 9837/1146 | 1800 0731 | |
| 3 | 04462 | DUNN | JOSEPH | X | 9161 | | | | | 2 MAN/CAR | 9232 1412 | 1510 2533 | |
| 3 | 18117 | EAKELS | LAWRENCE | X | 9161 | | | | | 2 MAN/CAR | | | DETAIL TO 020 |
| 3 | 19993 | EBBITT | JOHN | | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 03750 | ELEKER | JOSEPH | X | 9161 | | | | CU 10H3 2400W | 2 MAN/CAR | 9706/1105 | 1512 2250 | |
| 3 | 07656 | FLAHAVEN | THOMAS | X | 9161 | | | | | 2 MAN/CAR | M/24 1400-2200 | | |
| 3 | 03926 | FLINN | SEAN | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 16915 | FURQAN | IBN | | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 18815 | GALLAGHER | JAMES | X | 9161 | | | | | 2 MAN/CAR | 4451 | 1800 0230 | |
| 3 | 04739 | GARCIA | ANTHONY | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 11314 | HARRINGTON | MELLOWNIE | | 9161 | | | 8234 | | 2 MAN/CAR | | | |
| 3 | 02994 | HAYNES | ARMON | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 04747 | HICKS | ANTHONY | X | 9161 | | | | | 2 MAN/CAR | 1102 | 1330-2130 | |
| 3 | 08434 | HILL JR | LEE | X | 9161 | | | | | 2 MAN/CAR | 9335 1412 | 612 2733 | |
| 3 | 18449 | HUGHES | THOMAS | X | 9161 | | | | 63 SP CONV Z3UW | 2 MAN/CAR | | | |
| 3 | 05629 | HUTCHINSON | TARTANE | | 9161 | | | 63 SP | | 2 MAN/CAR | 9571 1123 | 1600 2530 | |
| 3 | 15553 | ISAAC | JUSTIN | X | 9161 | | | | | 2 MAN/CAR | | | |

DISCIPLINARY CODES: 75-SUSPENSION W/O PAY / 75A-SUSPENSION OPTION WORKING REGULAR D.O. / 76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY A.D.) / 77-EXCUSED FROM DUTY W/O PAY (INCL SUMMARY PUNISHMENT W/O PAY) / 78-SIGNED OFF W/O PUNISHMENT W/O PAY / 79-ABSENT WITHOUT PERMISSION W/O PAY

ABSENCE CODES: 80-DAY OFF / 81-DAY OFF COMP. TIME / 82-DAY OFF PERSONAL / 83-ANNUAL VACATION / 84-MILITARY LEAVE / 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) / 86-BEREAVED / 87-MATERNITY / 88-JURY DUTY / 89-SICKNESS INJURED NOT ON DUTY / 90-EXCUSED FROM DUTY NON DISCIPLINARY / 91-PERSONAL DAY / 92-FURLOUGH / 93-MARRIAGE LEAVE / 94-DAY OFF HOLIDAY WITH PAY / 95-LEAVE OF ABSENCE / 96-INJURED ON DUTY

TERMINATION CODES: 96-RETIREMENT / 97-RESIGNATION / 98-DISCHARGED / 99-DEATH

SIGNATURE WATCH COMMANDER OR UNIT HEAD: [signature]

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180 **DATE** 28 JUN 06 **PAGE** 15

| WATCH | STAR NO. | NAME | | TITLE CODE / PRESENT FOR DUTY | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT; EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 11175 | JAGLARSKI | STEVEN | 9161 | ■ | | 90 BFD | | 2 MAN/CAR | | | MCU 1400-2203 |
| 3 | 16235 | JOHNSON | HUBERT | 9161 | ■ | | | | 2 MAN/CAR | | 1400-2231 | |
| 3 | 16338 | JOHNSON | ODESSA | 9161 | ■ | | | | 2 MAN/CAR | | | |
| 3 | 15338 | JONES | ANDREW | 9161 | ■ | | | E 1500hrs 2130hrs | 2 MAN/CAR | 1113 | 1500 2331 | |
| 3 | 06560 | KACZOROWSKI | ALAN | 9161 | ■ | | | | 2 MAN/CAR | | 1187 | MCU 1400-2270 |
| 3 | 04106 | KINCAID | RODNEY | 9161 | ■ | | | | 2 MAN/CAR | | | |
| 3 | 13811 | KOSUR | MICHAEL | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 18367 | KUJAWSKI | ROBERT | 9161 | | X | 81 2145 | | 2 MAN/CAR | | | |
| 3 | 16202 | KURI | CESAR | 9161 | | X | 81 CE 5hrs 2230v | | 2 MAN/CAR | | | |
| 3 | 06980 | LACNY | NICHOLAS | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 10835 | LACNY | VINCENT | 9161 | | | CE 7.5hrs 2130v | | 2 MAN/CAR | 1156 | 1500 2330 | |
| 3 | 09916 | LAGUNAS | ALEJANDRO | 9161 | X | | | | 2 MAN/CAR | 1533 | 1500 2331 | |
| 3 | 15108 | LAURIE | MICHAEL | 9161 | X | | | | 2 MAN/CAR | 8457 | 1500 2331 | |
| 3 | 19624 | LEAHY | BRIAN | 9161 | X | | 151 | | 2 MAN/CAR | 8445 | 1133 1500 2331 | |
| 3 | 05921 | LEE | TIMOTHY | 9161 | X | | 149 | | 2 MAN/CAR | 8957 | 1111 1500-0030 | MCU AM/PM 1600-0030 |
| 3 | 17996 | LINAS | NICK | 9161 | X | | 8251 | | 2 MAN/CAR | | 1102 | 1500 2331 |
| 3 | 07868 | LOFTON | MARVIN | 9161 | | | | | 2 MAN/CAR | | 1102 | 1500 2200 |
| 3 | 15525 | MADDEN | MOLLY | 9161 | X | | | | 2 MAN/CAR | | 1400 | DETAIL TO 214 |
| 3 | 11335 | MALONEY | MICHAEL | 9161 | X | | | | 2 MAN/CAR | 7363 | 1114 | |
| 3 | 07650 | MATTHEWS | VINCENT | 9161 | X | | | | 2 MAN/CAR | 8235 | 135 | 600 233. |
| 3 | 17323 | MC GOVERN | EDWARD | 9161 | X | | | | 2 MAN/CAR | | | |
| 3 | 09730 | MCGRORY | MATTHEW | 9161 | X | | | | 2 MAN/CAR | | | |

**DISCIPLINARY CODES:**  
75–SUSPENSION W/O PAY  
75A–SUSPENSION OPTION WORKING REGULAR D.O.  
77–EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)  
77–EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT)  
78–SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)  
79–ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**  
80–DAY OFF  
81–DAY OFF COMP. TIME  
82–ANNUAL VACATION  
83–SICKNESS INJURED NOT ON DUTY  
84–INJURED ON DUTY  
85–SICKNESS IN FAMILY (SWORN MEMBERS ONLY) 91–PERSONAL DAY  
86–DEATH IN FAMILY  
87–MILITARY LEAVE  
88–MARRIAGE LEAVE  
89–DAY OFF HOLIDAY WITH PAY  
90–EXCUSED FROM DUTY NON DISCIPLINARY  
95–BABY FURLOUGH DAY  
92–EXCUSED W/O PAY–NO SUPV APPROVAL  

**TERMINATION CODES:**  
96–RETIREMENT  
97–RESIGNATION  
98–DISCHARGED  
99–DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.605 (REV. 4/90)

**CHICAGO POLICE DEPARTMENT — ATTENDANCE & ASSIGNMENT RECORD**

UNIT: 011 DISTRICT 011 — 3151 W HARRISON  
PAYROLL NO. 1180   DATE 28 JUN 06   PAGE 16

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 19497 | MICHAELSEN | DAVID | | 9161 | | 8082 | | | 2 MAN/CAR | | | |
| 3 | 03252 | MIRANDA | ROBERTO | | 9161 | | | 835? | | 2 MAN/CAR | | | |
| 3 | 16490 | MOORE | TED | | 9161 | | | | 1ST WATCH | 2 MAN/CAR | | | |
| 3 | 11641 | NEBERIEZA | ANDREW | | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 16381 | NEGRILLO JR | EDMUND | | 9161 | | | | | 2 MAN/CAR | 9840 | 1113 | 1500 2336 |
| 3 | 02944 | NOMELLINI | MATTHEW | X | 9161 | | | | | 2 MAN/CAR | 9325 | 1112 | 1600 2234 DETAIL TO 214 |
| 3 | 06247 | O'DRISCOLL | JACINTA | | 9161 | | | | 06.50 hrs 14 JUN | 2 MAN/CAR | | | |
| 3 | 06730 | OCONNOR | TERRENCE | X | 9161 | | X | | | 2 MAN/CAR | 9837 | 146 | 1800 023' |
| 3 | 15579 | ORTIZ | ANN | X | 9161 | | | | | 2 MAN/CAR | 9246 | 1105 | 1510 2331 |
| 3 | 13843 | PARKINSON | MICHELLE | X | 9161 | | | | | 2 MAN/CAR | 9246 | 1103 | 1401 2330 |
| 3 | 0867 | PEETE | HAROLD | X | 9161 | | | | OF-SP hrs 24 JUN | 2 MAN/CAR | 9571 | 1123 | 1500 2330 |
| 3 | 19733 | PHILLIPS | ROSE ANN | X | 9161 | | | | | 2 MAN/CAR | 9346 | 1138 | 1400 0730 |
| 3 | 16585 | PIOTROWSKI | DAWN | X | 9161 | | | 835? | | 2 MAN/CAR | 9745 | 1148 | 1400 0730 |
| 3 | 14124 | POPIELA | GLEN | X | 9161 | | | | OF+ of this 27JUN | 2 MAN/CAR | 9448 | 121 | 1500 2330 |
| 3 | 11752 | PREROST | JAMES | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 08384 | RAINES | THOMAS | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 03445 | RAMIREZ | MARIA | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 12216 | RAY | HOWARD | | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 09198 | REYKJALIN | TODD | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 14901 | REYNOSO | JOSE | X | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 08390 | RIVOTA | JESUS | | 9161 | | | | | 2 MAN/CAR | | | |

DISCIPLINARY CODES:
- 75-SUSPENSION W/O PAY
- 75A-SUSPENSION OPTION WORKING REGULAR D.O.
- 76-EXCUSED FROM DUTY (AS ORDERED BY I.A.D.)
- 77-SUMMARY PUNISHMENT W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.))
- 79-ABSENT WITHOUT PERMISSION W/O PAY

ABSENCE CODES:
- 80-DAY OFF
- 81-DAY OFF COMP. TIME
- 82-ANNUAL VACATION
- 83-SICKNESS INJURED NOT ON DUTY
- 84-INJURED ON DUTY
- 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
- 86-DEATH IN FAMILY
- 87-MILITARY LEAVE
- 88-JURY DUTY LEAVE
- 89-EXCUSED FROM DUTY NON DISCIPLINARY
- 90-BABY FURLOUGH DAY
- 91-PERSONAL DAY
- 92-EXCUSED W/O PAY-NO SUPV APPROVAL
- 93-MANAGE LEAVE
- 94-DAY-OFF HOLIDAY WITH PAY
- 95-LEAVE OF ABSENCE

TERMINATION CODES:
- 96-RESIGNATION
- 97-RETIREMENT
- 98-DISCHARGED
- 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  
**DATE:** 28 JUN 06  
**PAGE:** 17

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 18553 | ROSELIEB | ELIZABETH | X | 9161 | 8082 | X | | | | | | |
| 3 | 04731 | RYAN | GERALD | X | 9161 | | | | | 2 MAN/CAR | 9062 | 1171 1500 2330 | |
| 3 | 13548 | SALZMAN | DAVID | X | 9161 | | | | | 2 MAN/CAR | 9533 | 1154 1500-2330 | |
| 3 | 15822 | SANCHEZ | CARLOS | | 9161 | | | X | CERT 85 hr PTUV | 2 MAN/CAR | | | |
| 3 | 12680 | SANFORD | SHERRY | | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 08934 | SCHULTER | PHILIP | | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 04924 | SLECHTER | ROBERT | | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 08907 | SEWARD JR | JOHNNIE | | 9161 | | | | | 2 MAN/CAR | | | |
| 3 | 111749 | SPEIGHTS | WILLIAM | X | 9161 | | | X | 90 OF 50hrs 22 JUN /51 JUV | 2 MAN/CAR | | | |
| 3 | 04125 | STEWART | NELSON | X | 9161 | | | | | 2 MAN/CAR | | 1400-2200 | |
| 3 | 15304 | STILES | LAURENCE | X | 9161 | | | | | 2 MAN/CAR | 8860 Ced | 1600 6600 | |
| 3 | 09128 | STEPANOV | KRIS | X | 9161 | | | | | 2 MAN/CAR | 7567 1125 | 1500 2330 | |
| 3 | 17006 SUING | MICHAEL | X | 9161 | | | | | 2 MAN/CAR | 7434 1122 | 1600 6730 | |
| 3 | 11735 | SZCZUROWSKI | PIOTR | X | 9161 | | | | | 2 MAN/CAR | 8630 1132 | 1630 0230 | |
| 3 | 18899 | SZNURA | PAUL | X | 9161 | | | | | 2 MAN/CAR | 9533 1156 | 1500 2330 | |
| 3 | 05614 | THOMAS | BRIAN | X | 9161 | | | | | 2 MAN/CAR | 9648 1131 | 1530 7330 | |
| 3 | 05399 | TORRES | ANTHONY | | 9161 | | | | | 2 MAN/CAR | | | DETAIL TO 153 |
| 3 | 15553 | VEER | JESSICA | | 9161 | | | | | 2 MAN/CAR | 8584 1124 | 1600 C430 | |
| 3 | 07949 | WHELEHAN | WILLIAM | X | 9161 | | | | | 2 MAN/CAR | 8258 1121 | 1500 2330 | |
| 3 | 03023 | WOLBERS | ADAM | X | 9161 | | | | | 2 MAN/CAR | | | DETAIL FR 017 |
| 3 | 16252 | WOOD | TIM | | 9161 | | X | | | 2 MAN/CAR | | | |
| 3 | 10361 | WRIGHT | AMANDA | | 9161 | | | | | 2 MAN/CAR | | | DETAIL TO 543 |

**DISCIPLINARY CODES:**
70-SUSPENSION W/O PAY
71-SLURRED OPTION
75-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)
77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)
78-SUMMARY PUNISHMENT W/O PAY
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-SICKNESS INJURED NOT ON DUTY
84-INJURED ON DUTY
85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
86-DEATH IN FAMILY
87-MILITARY LEAVE
88-JURY DUTY
89-EXCUSED FROM DUTY NON DISCIPLINARY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-SICKNESS W/O PAY-NO SUPV APPROVAL
93-MARRIAGE LEAVE
94-DAY-OFF HOLIDAY WITH PAY
95-LEAVE OF ABSENCE

**TERMINATION CODES:**
96-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: [signature]

CPD-11.606 (REV. 4/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON
**PAYROLL NO.:** 1180
**DATE:** 28 JUN 06
**PAGE:** 18

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH / ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 10305 | YOUNG | CHRIS | | 9161 | | 8082 | XX | | 2 MAN/CAR | | | DETAIL TO 214 |
| 3 | 03908 | BARNES | BYRON | | 9161 | | | | | 1 MAN/CAR | | 1107C 1400-2200 | DETAIL FR 0250 |
| 3 | 04183 | JOINTER | MAUDESSIE | X | 9161 | | | | | NEIGHBOR RELATIO | | 1134 | DETAIL TO 187 |
| 3 | 04154 | BUCKLEY | JERRY | X | 9161 | | | | 2ND WATCH | POLICE OFFICER | 7112 | | DETAIL FR 0250 |
| 3 | 11003 | CENTENO | LUIS | X | 9161 | | | | | POLICE OFFICER | | 1102 | 1400 2200 |
| 3 | 04742 | CRAIG | EUGENE | | 9161 | | | | 2ND WATCH | POLICE OFFICER | | | 1400 0800 |
| 3 | 09181 | ECKHORN | ERIC | X | 9161 | | | | | POLICE OFFICER | | | |
| 3 | 18776 | GARDNER | ERVIN | X | 9161 | | | | | POLICE OFFICER | | | |
| 3 | 14594 | HUNTOWSKI | CRISOVA | | 9161 | | | | | POLICE OFFICER | | | DETAIL TO 166 |
| 3 | 18574 | KAPIOR | MICHAEL | | 9161 | | | | | POLICE OFFICER | | | DETAIL TO 193 |
| 3 | 19600 | LAMPERIS | DIMITRIOS | | 9161 | | | | | POLICE OFFICER | 9533 | 1156 | DETAIL TO 193 |
| 3 | 18599 | MATHEOS | HARRY | | 9161 | | | X | | POLICE OFFICER | | 1500-2330 | DETAIL TO 193 |
| 3 | 08721 | MCHALE | BRIAN | X | 9161 | | | X | | POLICE OFFICER | | | DETAIL TO 193 |
| 3 | 08258 | NOWAK | MATTHEW | | 9161 | | | | | POLICE OFFICER | | | DETAIL TO 124 |
| 3 | 07126 | OLIVER | TIMOTHY | | 9161 | | | | | PO ACADEMY STAFF | | | |
| 3 | 03836 | ROGERS | ALAN | | 9161 | | | | | POLICE OFFICER | | | |
| 3 | 09467 | SPANOS | NICHOLAS | | 9161 | | | | | POLICE OFFICER | | 1133 | DETAIL 041 |
| 3 | 07503 | ZABLOCKI | EDMUND | | 9161 | | | | | PO IN TRAINING | | 1157 | DETAIL FR 041 |
| 3 | 05272 | DOYLE | BRIAN | | 9161 | | | | | PO IN TRAINING | 9532 | 1132 | DETAIL FR 0330 |
| 3 | 12607 | EBERSOLE | KEVIN | X | 9161 | | | | | PO IN TRAINING | 7051 | | DETAIL FR 0330 |
| 3 | 10979 | HOMER | JUSTIN | X | 9161 | | | | 2ND WATCH | PO IN TRAINING | 7037 | | DETAIL FR 0030 |
| 3 | 06708 | TOTTAS | CHRISTOS | | 9161 | | | | | | | | |

### DISCIPLINARY CODES
75-SUSPENSION W/O PAY
76-SUSPENSION FR DUTY WORKING REGULAR D.O.
77-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)
78-SUMMARY PUNISHMENT W/O DISCIPLINARY ACTION
79-ASSIGNMENT WITHOUT PERMISSION W/O PAY

### ABSENCE CODES
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-SICKNESS IN FAMILY
84-DAY OFF HOLIDAY WITH PAY
85-INJURED ON DUTY
86-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
87-DEATH IN FAMILY
88-MILITARY LEAVE
89-JURY DUTY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-HEALTH LEAVE
93-MATERNITY LEAVE
94-MARRIAGE LEAVE
95-SICKNESS INJURED NOT ON DUTY
96-LEAVE OF ABSENCE

### TERMINATION CODES
97-RETIREMENT
98-RESIGNATION
99-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.608 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180  
**DATE:** 28 JUN 06  
**PAGE** 19

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 13849 | LOPEZ | CONCEPCIO | | 9161 | | | | PO/FIELD TRNING | 0512 | 1133 | 1700-2336 |
| 3 | 13858 | PATTISON | JOSEPH | | 9161 | 8082 | | | DETAILED IN | | | DETAIL TO 166 |
| 3 | 17004 | WILLIAMS | CORRY | | 9161 | | | | DETAILED IN | | | DETAIL TO 166 |
| 3 | 17726 | AVILA | RAUL | X | 9164 | | | 06·SONS #IJUV 06·25 #IJUV | PO/FIELD TRNING | 7051 | 1400·2233 |
| 3 | 15660 | GONZALEZ | SERGIO | X | 9164 | | 4 | 1ST | DETAILED IN | | | DETAIL TO 214 |
| 3 | 3269 | GRAJEWSKI | RICHARD | X | 9164 | | | | | | | |
| 3 | 12143 | BURG | JASON | X | 9161 | | | | ASSIGNMT UNKNOWN | 6208 | 1151 | 1800·0234 |
| 3 | 00656 | HAMILTON | NATHAN | | 9173 | | X | 210 W/T | ASSIGNMT UNKNOWN | | | |
| 3 | 04522 | GILLILAND | TIMOTHY | | 9161 | | | | ASSIGNMT UNKNOWN | 6208 | 1151 | 1800·0236 |
| 3 | 15291 | IZZO JR | THOMAS | X | 9161 | | | | ASSIGNMT UNKNOWN | | 1151 | 1800·0236 |
| 3 | 08364 | RODRIGUEZ | JESSE | | 9161 | | | | BIKE PATROL | | | DETAIL TO 023 |
| 3 | | BARRY | CHARLES | | 9122 | | X | | DETENTION AIDE | | | |
| 3 | | GREGORY | LINDA | | 9122 | | | | DETENTION AIDE | | | |
| 3 | | HOLIDAY | WILLIS | | 9122 | | | | DETENTION AIDE | | | |
| 3 | | LATHAM | BARBARA | X | | | | | DETENTION AIDE | | | 1400·2200 |
| 3 | | SPRLIN | KEITH | X | 9122 | | | | WATCH TOTL 0148 | | | 1000·2200 |

**DISCIPLINARY CODES:**  
75-SUSPENSION W/O PAY  
75A-SUSPENSION OPTION WORKING REGULAR D.O.  
76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)  
77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT)  
78-SUMMARY PUNISHMENT W/O PAY (NOT INCLUDING IN LIEU OF D.O.)  
79-ABSENT WITHOUT PERMISSION W/O PAY  

**ABSENCE CODES:**  
80-DAY OFF  
81-DAY OFF COMP. TIME  
82-ANNUAL VACATION  
83-SICKNESS INJURED ON DUTY  
84-INJURED ON DUTY  
85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)  
86-DEATH IN FAMILY  
87-MILITARY LEAVE  
88-DAY OFF  
89-EXCUSED FROM DUTY NON DISCIPLINARY  
90-DAY FURLOUGH DAY  
91-PERSONAL DAY  
92-EXCUSED W/O PAY-NO SUPV. APPROVAL  
93-MARRIAGE LEAVE  
94-DAY-OFF HOLIDAY WITH PAY  
95-LEAVE OF ABSENCE  

**TERMINATION CODES:**  
96-RETIREMENT  
97-RESIGNATION  
98-DISMISSED  
99-DEATH  

**SIGNATURE WATCH COMMANDER OR UNIT HEAD**

CPD-11.805 (REV. 6/01)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** DISTRICT 011 3151 W HARRISON
**DATE:** 28 June
**PAGE:** 20

| WATCH | STAR NO. | NAME | TITLE CODE | PRESENT FOR DUTY | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | PAYROLL NO. | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 8082 | | | | | | | | |
| 3 | 3006 | SPAGNOLA, MICHAEL | 9171 | X | | | | | | 7343 | 1110 | 1500-2330 | |
| 3 | 12916 | ROTH, ROBERT | 9161 | X | | | | CE 1.75 20 Jun | | 4451 | 1800-0230 | | |
| 3 | 13499 | FABIAN ELMER | 9161 | X | | | | | | 4451 | 1800-0231 | | |
| 3 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 3 | | | | | | | | CE 2.0 hrs 28 Jun | | 9123 11/A 1600-0230 | | | |
| 3 | 13560 | MONSALVO, JAIME | | X | | | | | | 1675 1137 KVO 2330 | | | |
| 3 | 14003 | Tollivar Janet | | X | | | | | | | | | |

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.:** 1180  **DATE:** 28 JUN 06  **PAGE:** 20

| WATCH | STAR NO. | NAME | | TITLE CODE | PRESENT FOR DUTY | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 07467 | CARROLL | EDWARD | 9161 | | | | | | 2 MAN/CAR | | 1184 | 700-0130 |
| 4 | 03093 | ALMANZA | JOSE | 9161 | | | | | Stng | P.O. DIST TACT | | 1184 | 700-0130 |
| 4 | 19830 | BORA | DANIEL | 9161 | X | | | | | P.O. DIST TACT | | 1183 | 700-0130 |
| 4 | 10723 | BOUCH | MATTHEW | 9161 | X | | | | Ct 21 Jun 06 | P.O. DIST TACT | 3N3 | 1183 | 700-0130 |
| 4 | 02819 | BYK JR | WALENTY | 9161 | X | | | | | P.O. DIST TACT | 4726 | 1163B | 1800-0230 |
| 4 | 19196 | CALHOUN | MCKINLEY | 9161 | X | | | | | P.O. DIST TACT | | 1163A | 1800-0230 |
| 4 | 13318 | CAMARILLO | ANDREW | 9161 | | | X | | | P.O. DIST TACT | | | DETAIL FR 005 |
| 4 | 04737 | CARDINALE | JOANNE | 9161 | | | X | SAMED. | | P.O. DIST TACT | | | |
| 4 | 18795 | CAREY | THOMAS | 9161 | X | | | | | P.O. DIST TACT | | | |
| 4 | 06261 | CARROLL | JAMES | 9161 | | | X | | | P.O. DIST TACT | | | |
| 4 | 09445 | CHINCHILLA | BANEOND | 9161 | | | X | | | P.O. DIST TACT | | | |
| 4 | 02054 | CLAESON JR | DEAN | 9171 | | | X | | | SGT DIST TACT | | | |
| 4 | 14996 | CULHANE | KEVIN | 9161 | X | | | | Rev STNG | LT DIST TACT | — | 1160 | 2200-0035 |
| 4 | 1336 | CYGNAR | BRIAN | 9161 | X | | | | Rev STNG | P.O. DIST TACT | — | 1160B | 1000-1830 |
| 4 | 16763 | DEDO | EDWARD | 9173 | X | | | | Rev STNG | P.O. DIST TACT | — | 1160B | 1000-1830 |
| 4 | 00383 | DENK | EDWARD | 9161 | X | | | | Rev STNG | P.O. DIST TACT | | 1168D | 1000-1830 |
| 4 | 19970 | EDWARDS | DARRYL | 9161 | X | | | | StNG | P.O. DIST TACT | 3743 | 1163A | 1800-0230 |
| 4 | 17845 | FISHER | CLAUDE | 9161 | X | | | | StNg | P.O. DIST TACT | | 1163D | |
| 4 | 08646 | FITZPATRICK | TIMOTHY | 9161 | X | | | | | P.O. DIST TACT | | | |
| 4 | 06355 | FRAUSTO | DANIEL | 9161 | | | | | | P.O. DIST TACT | | | |
| 4 | 06766 | GERICH | CATHERINE | 9161 | | | | | | P.O. DIST TACT | | | DETAIL FR 005 |
| 4 | 19245 | GREGES | CHRISTOPH | 9161 | | | X | BY | | P.O. DIST TACT | | | |
| | 1816 | Jack David | | | 9MS | | | | | | | | |

DISCIPLINARY CODES / ABSENCE CODES / TERMINATION CODES

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

# ATTENDANCE & ASSIGNMENT RECORD
# CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180 **DATE** 28 JUN 06 **PAGE** 21

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 04780 | HANRAHAN | THOMAS | | 9161 | ■ | | | ce 22 Jun 2:15 / 23 Jun 10 21 Jun 15 | P.O. DIST TACT | 3588 | 11036 | 1600-0230 |
| 4 | 08130 | HARMON | JOSEPH | X | 9161 | ■ | | | | P.O. DIST TACT | | 11036 | 1600-0230 |
| 4 | 14107 | HEIDEWALD | EDWARD | | 9161 | ■ | | | | P.O. DIST TACT | | | |
| 4 | 11139 | HERRERA | ANTONIO | | 9161 | ■ | | X | | P.O. DIST TACT | 4730 | 11636 | 1600-0230 |
| 4 | 14200 | HOLLER | JOEL | | 9161 | ■ | | | | P.O. DIST TACT | | | |
| 4 | 03844 | INTERRANTE | CARL | | 9171 | ■ | | | | SGT DIST TACT | | 1161E | 1030-1830 |
| 4 | 05538 | KANE | BRIAN | X | 9161 | ■ | | | REV STING | P.O. DIST TACT | | 1161E | 1030-1830 |
| 4 | 06481 | KEREAKES | DEMETRIOS | X | 9161 | ■ | | | REV STING | P.O. DIST TACT | | 1161E | 1000-1830 |
| 4 | 19705 | KOPACZ JR | PAUL | X | 9161 | ■ | | | REV STING | P.O. DIST TACT | | 1161B | 1000-1830 |
| 4 | 04103 | LEWIS | CLIFTON | X | 9161 | ■ | X | | | P.O. DIST TACT | | | |
| 4 | 14214 | LIMON | MARIO | | 9161 | ■ | | | Sev sty | P.O. DIST TACT | | 1161 | 1600/1830 |
| 4 | 17030 | LIPSEY | MIRELA | X | 9161 | ■ | | | 82 MED | P.O. DIST TACT | | | |
| 4 | 19908 | LOPEZ | MONICA | | 9161 | ■ | | | CE STING | P.O. DIST TACT | | 1161E | 1000-1830 |
| 4 | 09836 | MALKOWSKI | JEROME | X | 9161 | ■ | | | CE STING | SGT DIST TACT | | 1161 | 1000-1830 |
| 4 | 16474 | MAY | EDWARD | | 9161 | ■ | | | REV STING | P.O. DIST TACT | 4008 | 1163D | 1800-1830 |
| 4 | 01983 | MC GAVOCK | SHAWN | X | 9171 | ■ | | | CE 21 Jun 1:50 | P.O. DIST TACT | 4008 | 1163D | 1800-0230 |
| 4 | 11410 | MCGHEE | CAROL | | 9161 | ■ | | | Rev Str | P.O. DIST TACT | | 116-E | 1800-1830 |
| 4 | 05866 | MENONI | JOSEPH | X | 9161 | ■ | | | Rev Stk lewis | P.O. DIST TACT | 3588 | 1KDO-0230 | |
| 4 | 03297 | MURPHY | JOHN | X | 9161 | ■ | | | | P.O. DIST TACT | | 116-E | 1800-0230 |
| 4 | 04921 | O'BRIEN | DANIEL | X | 9161 | ■ | | | | P.O. DIST TACT | | 116-E | 1800-1830 |
| 4 | 19697 | PEREZ | GERARDO | | 9161 | ■ | | | | P.O. DIST TACT | | 16E | |
| 4 | 02610 | PERKOVICH | PATRICIA | X | 9171 | ■ | | | | SGT DIST TACT | | | 1600-0230 |

**DISCIPLINARY CODES:** 70-SUSPENSION W/O PAY · 71-SUSPENSION W/O PAY WORKING REGULAR D.O. · 72-RESIGNATION OPTION · 73-EXCUSED FROM DUTY (AS ORDERED BY I.A.D.) · 75-MEDICAL ROLL · 77-SUMMARY PUNISHMENT W/O PAY · 78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.) · 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF · 81-DAY OFF COMP. TIME · 82-ANNUAL VACATION · 83-SICKNESS INJURED NOT ON DUTY · 84-INJURED ON DUTY · 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) · 86-EXCUSED W/O PAY-NO SUPV APPROVAL · 87-MILITARY DUTY · 88-JURY DUTY · 89-EXCUSED FROM DUTY NON DISCIPLINARY · 90-BABY FURLOUGH DAY · 91-PERSONAL DAY · 92-EXCUSED W/O PAY-NO SUPV APPROVAL · 93-MARRIAGE LEAVE · 94-DAY-OFF HOLIDAY WITH PAY · 95-LEAVE OF ABSENCE

**TERMINATION CODES:** 96-RETIREMENT · 97-RESIGNATION · 98-DISCHARGE · 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: *[signature]*

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**PAYROLL NO.** 1180  **DATE** 28 JUN 06  **PAGE** 22

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 11372 | PFEIFER | JUDITH | X | 9161 | ■ | 8082 | | | P.O. DIST TACT | | 1160A | 0800-1630 |
| 4 | 12737 | PICKETT | SHAWN | X | 9161 | ■ | | | | P.O. DIST TACT | 4644 | 1162 | 0700-0130 |
| 4 | 07552 | PRICE | ALMA | | 9161 | ■ | | X | 81 W | P.O. DIST TACT | | | |
| 4 | 10434 | SADDAK | JAMES | | 9161 | ■ | | X | 81W | P.O. DIST TACT | | | |
| 4 | 12518 | SIPCHEN | DAVID | X | 9161 | ■ | | | | P.O. DIST TACT | | 1160E | 1700-1830 |
| 4 | 02248 | STACK | MICHAEL | | 9171 | ■ | | | REV STING | SGT DIST TACT | 4008 | 1163D | 1700-0130 |
| 4 | 10446 | STANEK | DANIEL | X | 9161 | ■ | | | REV STING | P.O. DIST TACT | | 1160E | 1700-1830 |
| 4 | 12732 | STAUNTON | PATRICK | X | 9161 | | | | STING | P.O. DIST TACT | 4844 | 1180 | 1700-0130 |
| 4 | 03599 | TOWN | BRIAN | X | 9161 | | | | STING | P.O. DIST TACT | | 1184 | 1800-0230 |
| 4 | 06236 | TRAVLOS | ANGELO | X | 9161 | | | | REV STING | P.O. DIST TACT | | 1186 | 1800-0230 |
| 4 | 14298 | TRIANTAFILLO | JAMES | | 9161 | | | | STING | P.O. DIST TACT | | 1689 | 1800-0230 |
| 4 | 07999 | TROHAN | ALICIA | | 9161 | | | | STING | P.O. DIST TACT | | 1689 | 1800-0230 |
| 4 | 14926 | VACHY | JASON | | 9161 | | | | STING | P.O. DIST TACT | | 1168 | 1000-1830 |
| 4 | 14796 | WAGNER | JOSEPH | X | 9161 | | | | | SGT DIST TACT | | | |
| 4 | 01561 | ZODO | NICOLA | X | 9171 | | | | | P.O. DIST TACT | | | |
| 4 | 10336 | ZWIT | JEFFREY | | 9161 | | | | | P.O. DIST TACT | | | |

UNIT TOTL 0471  
WATCH TOTL 0080

**DISCIPLINARY CODES:** 75-SUSPENSION W/O PAY; 75A-SUSPENSION OPTION WORKING REGULAR D.O.; 76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.); 77-EXCUSED FROM DUTY W/O PAY (IHQ. SUMMARY PUNISHMENT W/O PAY); 78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.); 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF; 81-DAY OFF COMP. TIME; 82-EXCUSED W/O PAY/NO SUPV APPROVAL; 83-ANNUAL VACATION; 84-MARRIAGE LEAVE; 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY); 86-DEATH IN FAMILY; 87-JURY DUTY; 88-DUTY DUTY LEAVE; 89-SICKNESS INJURED NOT ON DUTY; 90-BABY FURLOUGH DAY; 91-PERSONAL DAY; 92-EXCUSED W/O PAY NO SUPV APPROVAL; 93-MARRIAGE LEAVE; 94-DAY OFF HOLIDAY WITH PAY; 95-LEAVE OF ABSENCE; 96-INJURED ON DUTY

**TERMINATION CODES:** 97-RETIREMENT; 98-RESIGNATION; 99-DISCHARGED; 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.665 (REV. 4/91)

# ATTENDANCE & ASSIGNMENT RECORD — CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON  
**DAY OFF:** 8082  
**PAYROLL NO.:** 1186  
**DATE:** 28 JUN 06  
**PAGE:** 01

| WATCH | STAR NO. | NAME | | TITLE CODE | PRESENT FOR DUTY | SOCIAL SECURITY | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 01818 | BARNES | MOLLYE | 9111 | | ███ | | | JACKSON-KOSTNER | | | |
| 2 | 50105 | ALLEN | MYRA | 9111 | | ███ | | DETAIL | JACKSON-KILDARE | | | No School |
| 2 | 02009 | ARNOLD | PEARLIE | 9111 | | ███ | | | OHIO-HOMAN | | | Chicago Lawndale |
| 2 | | BEARDEN | IRMA | 9111 | X | ███ | | | HAMLIN-HURON | | | |
| 2 | 50009 | BELL | BERRIAN | 9111 | X | ███ | | | CONGRESS-KOSTNER | | | |
| 2 | | BLAIR | EVA | 9111 | X | ███ | | | JACKSON & 5TH AV | | | No School |
| 2 | 02454 | BRANTLEY | TINA | 9111 | X | ███ | | | JACKSON-CALIF | | | KILDARE |
| 2 | | BROOKS | GLORIA | 9111 | X | ███ | | | KILDARE-FIFTH AVE | | | |
| 2 | | BROWN | GERALINE | 9111 | X | ███ | | | WILCOX-PULASKI | | | |
| 2 | 01736 | BROWN | IDA | 9111 | X | ███ | | | PULASKI-WESTEND | | | |
| 2 | | BROWN | IRMA | 9111 | X | ███ | | R. STIDENSON | HOMAN-MONROE | | | Jackson Kostner |
| 2 | | BURTON | ELAINE | 9111 | X | ███ | | | SACRAMENT-JACKSO | | | MADISON |
| 2 | 04067 | CAGE | VANESSA | 9111 | X | ███ | | | KOSTNER-ADAMS | | | |
| 2 | 00306 | CARTER | HOMER | 9111 | X | ███ | | | MADISON-KEDARE | | | Springfield |
| 2 | 50275 | CLARK | LINDY | 9111 | X | ███ | | | LAKE-KEELER | | | Fifth Ave Kildare |
| 2 | 50153 | CONWAY | MONA | 9111 | X | ███ | | DETAIL | KEDZIE-MONROE | | | |
| 2 | 02023 | DAVIS | BETTY | 9111 | X | ███ | | | CHICAGO-HARDING | | | Hamlin |
| 2 | | DAVIS | DOROTHY | 9111 | X | ███ | | DETAIL | AUGUSTA-HOMAN | | | Division Keeler |
| 2 | 50121 | DAY | BRENDA | 9111 | | ███ | | | FRANKLIN CENTRAL | | | |
| 2 | 01336 | DUCKWILEY | SHANETTA | 9111 | | ███ | | | HARRISON CENT PK | | | No School |
| 2 | | EVANS | DELORES | 9111 | X | ███ | | | FERDINAND-HAMLIN | | | Pulaski Crenshaw |
| 2 | | EVANS | NORENE | 9111 | X | ███ | | | CHICAGO/LAWNDALE | | | No School |

**DISCIPLINARY CODES:**  
75-SUSPENSION W/O PAY  
75A-SUSPENSION OPTION WORKING REGULAR D.O.  
76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.)  
77-SICKNESS INJURED NOT ON DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY)  
78-SUMMARY PUNISHMENT W/O PAY (IN LIEU OF D.O.)  
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**  
80-DAY OFF  
81-DAY OFF COMP. TIME  
82-ANNUAL VACATION  
83-SICKNESS INJURED ON DUTY  
84-INJURED ON DUTY  
85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)  
86-DEATH IN FAMILY  
87-MILITARY LEAVE  
88-MARRIAGE LEAVE  
89-JURY DUTY  
90-EXCUSED FROM DUTY NON DISCIPLINARY  
91-PERSONAL DAY  
92-EXCUSED W/O PAY - NO SUPV. APPROVAL  
93-DISCHARGED  
94-DAY-OFF HOLIDAY WITH PAY  
95-LEAVE OF ABSENCE  
99-DAY FURLOUGH DAY

**TERMINATION CODES:**  
96-RETIREMENT  
97-RESIGNATION  
98-DISCHARGED  
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: *A. Chandler 48401*

CPD-11.605 (REV. 6/91)

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 011 DISTRICT 011 — 3151 W HARRISON
**PAYROLL NO.** 1186    **DATE** 28 JUN 06    **PAGE** 02

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 50201 | FLOYD | LORETTA | X | 9111 | ■ | 8082 | | | AUGUSTA-KEELER | | | Kostner Lexington |
| 2 | | GRAYS | EDNA | X | 9111 | | | | | LEXINGTON-KEDZIE | | | Kedzie Monroe |
| 2 | 00387 | GUILTY | VIRGIE | X | 9111 | | | | | CHICAGO-FERDINAN | | | No School |
| 2 | | HAMPTON | LISA | X | 9111 | | | | | ADAMS-WESTERN | | | Jackson California |
| 2 | | HOLLOWAY | BETTYE | X | 9111 | | | | | JACKSON & FRANCISC | | | |
| 2 | 01657 | JACKSON | VELDETTA | X | 9111 | | | | | FILLMORE-CENTRAL | | | Monroe Kostner |
| 2 | | JOHNSON | ANNIE | X | 9111 | | | | | PULASKI-GRENSHAW | | | Marcella Keeler |
| 2 | | JORDAN | OLIVIA | X | 9111 | | | | | SACRAMENTO-ODOT | | | Jackson |
| 2 | 00709 | KELLY | CAROLINE | X | 9111 | | | | | KOSTNER-WILCOX | | | Lake Keeler |
| 2 | 00877 | LARKIN | WILLIAM | X | 9111 | | | | | ROOSEVELT/KARLOV | | | No School |
| 2 | 50076 | LONG | ROSELAND | X | 9111 | | | | | KEDZIE-OHIO | | | No School |
| 2 | 02273 | MURPHY | APRIL | X | 9111 | | | | | JACKSON-PULASKI | | | |
| 2 | 00515 | NORWOOD | LINDA | X | 9111 | | | | | VAN BUREN-KOSTNE | | | |
| 2 | | POTTS | LINDA | X | 9111 | | | | | MADISON-KOSTNER | | | Roosevelt & Arlou |
| 2 | | PRICE | ROCHELLE | X | 9111 | | | | DISCHARGED | CHICAGO-MONTICEL | | | |
| 2 | 50409 | ROBERTS | DENISE | X | 9111 | | | | | ROOSEVELT/KARLOV | | | |
| 2 | 50161 | ROSS | BARBARA | | 9111 | | | | | DIVISION-KEELER | | | No School |
| 2 | 03837 | SHELLS | GAILEEN | | 9111 | | | | DETAIL | CAMPBELL-POLK | | | |
| 2 | 50156 | SIVELS | SHIRLEY | | 9111 | | | | | HARRISO-SACRAMEN | | | |
| 2 | 5018 | SMITH | ALICE | X | 9111 | | | | | ROMAN-CRENSHAW | | | No School |
| 2 | 01323 | STEPHENS | LORETTA | X | 9111 | | | | EOD | POLK-LAWNDALE | | | |
| 2 | 50324 | TAYLOR | CANDIS | X | 9111 | | | | | WEST END-KILBORN | | | |

**DISCIPLINARY CODES:** 75-SUSPENSION W/O PAY / 75A-SUSPENSION OPTION WORKING REGULAR B.D. / 76-EXCUSED FROM DUTY W/O PAY AS ORDERED BY I.A.D. / 77-SIGNED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT) / 77P-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.) / 79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:** 80-DAY OFF / 81-DAY COMP. TIME / 82-ANNUAL VACATION / 83-SICKNESS INJURED NOT ON DUTY / 84-INJURED ON DUTY / 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) / 86-DEATH IN FAMILY / 87-MILITARY LEAVE / 88-JURY DUTY / 89-EXCUSED FROM DUTY NON DISCIPLINARY / 90-BABY FURLOUGH DAY / 91-PERSONAL DAY / 92-EXCUSED W/O PAY-NO SUPV APPROVAL / 93-MARRIAGE LEAVE / 94-DAY OFF FOLLOWED WITH PAY / 95-LEAVE OF ABSENCE

**TERMINATION CODES:** 96-RETIREMENT / 97-RESIGNATION / 98-DISCHARGED / 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: *[signature]*

CPD-11.605 (REV. 6/97)

Banks 07 C 6179

D000025

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT: 011 DISTRICT 011 — 3151 W HARRISON
PAYROLL NO. 1186 — DATE 28 JUN 06 — PAGE 03

| WATCH | STAR NO. | NAME | | TITLE CODE | PRESENT FOR DUTY | SOCIAL SECURITY | DAY OFF 8082 | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH/ ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | TAYLOR | CAROL | 9111 | X | | | | | AUGUSTA ~~MONTICEL~~ | | | 8568l8n SACRAMENTO Anthony |
| 2 | | WALKER | BERNADETT | 9111 | X | | | | | PULASKI-ARTHUR | | | Jackson Francis |
| 2 | | WALTON | RITA | 9111 | X | | | | | ~~MADISON & SPAUD~~ | | | |
| 2 | | WEST | MARIA | 9111 | X | | | | | INDEPEND-POLK | | | |
| 2 | 50115 | WHITE | SHEKELIA | 9111 | | | | | | MADISON & KEELER | | | No School |
| 2 | 50148 | WILKERSON | FRANCHESI | 9111 | | | | | | AUGUSTA PULASKI | | | No School |
| 2 | | WILLIFORD | BRIDGETTE | 9111 | | | | | | SACRAMENTO-ARTHI | | | DETAIL |
| 2 | 50007 | WILSON | TAMMY | 9111 | | | | | | SPRINGFIELD-JACK | | | U HASAN |
| 2 | 039111 | WINTERS | WANDA | 9111 | | | | | | POLK-SACRAMENTO | | | |
| 2 | | YOUNG | CHERRY | 9111 | X | | | | | INDEPENDENCE-POL | | | |
| | | | | | | | | | UNIT TOTL 0054 | | | | |
| | | | | | | | | | WATCH TOTL 0054 | | | | |

DISCIPLINARY CODES:
73-SUSPENSION W/O PAY
75A-SUSPENSION OPTION WORKING REGULAR D.O.
75B-EXCUSE OPTION W/O PAY (AS ORDERED BY I.A.D.)
77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY WORKING IN LIEU OF D.O.)
78-SUMMARY PUNISHMENT W/O PAY
79-ABSENT WITHOUT PERMISSION W/O PAY

ABSENCE CODES:
80-DAY OFF
81-DAY OFF COMP. TIME
82-ANNUAL VACATION
83-MILITARY LEAVE
84-INJURED ON DUTY

85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
86-DEATH IN FAMILY
87-EXCUSED W/O PAY-NO SUPV. APPROVAL
88-MARRIAGE LEAVE
89-EXCUSED FROM DUTY NON DISCIPLINARY
90-BABY FURLOUGH DAY

91-PERSONAL DAY
92-JURY DUTY
93-SICKNESS INJURED NOT ON DUTY
94-DAY-OFF HOLIDAY WITH PAY
95-LEAVE OF ABSENCE

TERMINATION CODES:
96-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: *A. Alexander 4840*

CPD-11.605 (REV. 6/93)