IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHON BANKS, a minor, | ) | |
| by SHONNETTA BANKS, his mother | ) | 07 C 6179 |
| and next friend, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE COAR |
| | ) | |
| vs. | ) | MAGISTRATE ASHMAN |
| CITY OF CHICAGO, a municipal | ) | |
| Corporation, Department of Police and | ) | |
| Police officer ALONZO COTHRAN, | ) | |
| Star #2721, | ) | |

## NOTICE OF FILING

To:   Richard J. Grossman, Esq.
      Steinberg, Burtker & Grossman, Ltd.
      55 E. Monroe St., Suite 2920
      Chicago, IL 60603

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, a: **DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' JOINT MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT and DEFENDANTS' RULE 56.1(a)(3) STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT.**

   PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on **August 26, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1419** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

   **DATED** at Chicago, Illinois August 21, 2008

                                          Respectfully submitted,

                                          /s/ Mary McCahill
                                          MARY MCCAHILL
                                          Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' JOINT MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT and DEFENDANTS' RULE 56.1(a)(3) STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** will be electronically sent to the persons named in the foregoing Notice, at the address therein stated, on August 21, 2008.

Richard J. Grossman, Esq.
Steinberg, Burtker & Grossman, Ltd.
55 E. Monroe St., Suite 2920
Chicago, IL 60603

/s/ Mary McCahill
MARY MCCAHILL