**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jonathan Banks
                        Plaintiff,

v.                                            Case No.: 1:07–cv–06179
                                                      Honorable David H. Coar

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 8/26/2008 regarding motion for summary judgment[23]. Set deadlines as to motion for summary judgment[23] : Responses due by 9/16/2008, Replies due by 10/1/2008. MOTION by Defendants Alonzo Cothran, City of Chicago for summary judgment [23] is taken under advisement – ruling to issue by mail.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.