IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathon Banks, a minor, | ) | |
| by Shonnette Banks, his mother | ) | |
| and next friend, | ) | |
|     Plaintiff, | ) | No. 07 C 6179 |
| v. | ) | Judge Coar |
| City of Chicago, a municipal corporation, | ) | Magistrate Ashman |
| Department of Police, and Police Officer | ) | |
| Alonzo Cothran, Star #2721, | ) | |
|     Defendants. | ) | |

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Jonathon Banks, a minor, by Shonnette Banks, his mother and next friend, by and through her attorneys, Steinberg, Burtker & Grossman, Ltd., and moves this Court as follows:

1. Defendants filed a motion for summary judgment based upon the allegation that Defendant Alonzo Cothran was not working on the date of the alleged occurrence and therefore absolved of any liability.

2. Defendant City of Chicago's motion attempts to dovetail upon Cothran's motion.

3. Plaintiff requests an extension of time to file their response to said motion. The reasons for the needed extension are as follows:

    a.    Plaintiff's Attorney, Richard J. Grossman was on vacation in Asia and unable to retrieve his e-mail;

    b.    Plaintiffs have moved and said attorney is unable to locate them without securing the services of a private investigator.

4.      Plaintiff respectfully requests an additional 30 days to file her responses to Defendants' motion for summary judgment.

5.      That this is the first request by Plaintiff for an extension of time and said delay would have no impact upon the trial of this case.

WHEREFORE, for the reasons stated herein, Plaintiff requests the following:

a.  To extend the time for Plaintiff to respond to Defendants' joint motion for summary judgment to and including October 20, 2008;

b.  For such other relief as the Court deems appropriate and just.

Respectfully submitted,

/s/ Richard J. Grossman_____
Richard J. Grossman, Esq.
Attorney for Plaintiffs
Steinberg Burtker & Grossman, Ltd.
55 East Monroe Street
Suite 2920
Chicago, Illinois 60603
Attorney No. 01072668