IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jonathon Banks, a minor, ) | |
| by Shonnette Banks, his mother ) | |
| and next friend, ) | |
|       Plaintiff, ) | No. 07 C 6179 |
| v. ) | Judge Coar |
| City of Chicago, a municipal corporation, ) | Magistrate Ashman |
| Department of Police, and Police Officer ) | |
| Alonzo Cothran, Star #2721, ) | |
|       Defendants. ) | |

PROOF OF FILING

To:   Thomas J. Aumann, Esq.                    Mary McCahill, Esq.
      City of Chicago, Corporation Counsel      30 North LaSalle Street
      30 North LaSalle Street                   Suite 1400
      Suite 1020                                Chicago, Illinois 60602
      Chicago, Illinois 60602

      Please take notice that a true and correct copy of the attached Plaintiff's Motion for an Extension of Time to Respond to Defendant's Joint Motion for Summary Judgment was filed by electronic filing with the Clerk of the United States District Court, 219 South Dearborn, Chicago, Illinois on September 16, 2008.

                                   /s/ Richard J. Grossman_____
                                   Richard J. Grossman, Esq.

CERTIFICATE OF SERVICE

      I certify, under penalties provided by law that I served a true and correct copy of Plaintiff's Motion for an Extension of Time to Respond to Defendant's Joint Motion for Summary Judgment to each party to whom it is addressed by electronic mail on September 16, 2008.

                                   /s/ Richard J. Grossman_____
                                   Richard J. Grossman, Esq.

Richard J. Grossman, Esq.
Steinberg, Burtker & Grossman, Ltd.
55 East Monroe Street; Suite 2920
Chicago, Illinois 60603
(312) 726-4444